UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAMUEL KATZ, an individual, on his own behalf and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>LIBERTY POWER CORP., LLC,<br>LIBERTY POWER HOLDINGS, LLC,<br>Delaware limited liability companies,<br>DAVID HERNANDEZ and ALBERTO DAIRE, individuals,<br>    *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-10506-ADB |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter the appearance of the undersigned attorney, Craig R. Waksler, as counsel on behalf of the Defendants Liberty Power Corp., LLC, Liberty Power Holdings, LLC, David Hernandez, and Alberto Daire.

        Respectfully submitted,

        **LIBERTY POWER CORP., LLC, LIBERTY POWER HOLDINGS, LLC, DAVID HERNANDEZ, AND ALBERTO DAIRE,**

        By their attorneys,

        /s/ Craig R. Waksler
        Craig R. Waksler (BBO #566087)
        Pamela C. Rutkowski (BBO #681618)
        ECKERT SEAMANS CHERIN & MELLOTT, LLC
        Two International Place, 16th Floor
        Boston, MA  02110-2602
        Telephone: 617.342.6800
        Facsimile: 617.342.6899
        cwaksler@eckertseamans.com
Dated:  April 4, 2018        prutkowski@eckertseamans.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date: April 4, 2018　　　　　　　　/s/ Craig R. Waksler　　　　　　　　　
　　　　　　　　　　　　　　　　　Craig R. Waksler