# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ, an individual, on his own behalf and on behalf of all others similarly situated, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>LIBERTY POWER CORP., LLC, *et al.*, )<br><br>*Defendants*. ) | Case No. 1:18-cv-10506-ADB |

## DEFENDANTS LIBERTY POWER CORP., LLC AND LIBERTY POWER HOLDINGS, LLC'S MOTION TO BIFURCATE INDIVIDUAL AND CLASS DISCOVERY

Defendants Liberty Power Corp., LLC and Liberty Power Holdings, LLC (collectively, "Defendants"), by and through counsel, move the Court for the entry of an Order bifurcating individual and class discovery in this matter. In support thereof, Defendants refer the Court to the accompanying memorandum in support filed herewith.

**LIBERTY POWER CORP., LLC,**
**LIBERTY POWER HOLDINGS, LLC,**

By their attorneys,

Craig R. Waksler (B.B.O. # 566087)
Pamela C. Rutkowski (B.B.O. # 681618)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Two International Place, 16th Floor
Boston, MA  02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
cwaksler@eckertseamans.com
prutkowski@eckertseamans.com

/s/ Jeffrey P. Brundage
Charles A. Zdebski (*pro hac vice*)
Jeffrey P. Brundage (*pro hac vice*)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006
Telephone:  202-659-6676
Facsimile:  202-659-6699
Email: czdebski@eckertseamans.com
Email:  jbrundage@eckertseamans.com

Dated:  June 25, 2018

**LOCAL RULES 7.1(a)(2) and 116.3(f) CERTIFICATE OF COMPLIANCE**

Undersigned counsel for the Defendants hereby certifies that counsel for the parties conferred via telephone on June 14, 2018 and via email and attempted in good faith to eliminate or narrow the issues that are the subject of this motion.

/s/ Jeffrey P. Brundage
Jeffrey P. Brundage

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2018.

>John L. Fink, Esq.
>FINK LAW OFFICE
>18 Lyman Street, Suite 208
>J&N Professional Building
>Westborough, Massachusetts  01581
>*Co-Counsel for Plaintiff*
>
>David C. Parisi, Pro Hac Vice
>Suzanne Havens Beckman, Pro Hac Vice
>PARISI & HAVENS LLP
>212 Marine Street, Unit 100
>Santa Monica, CA  90405
>*Co-Counsel for Plaintiff*
>
>Yitzchak H. Lieberman, *Pro Hac Vice*
>Grace E. Parasmo, *Pro Hac Vice*
>PARASMO LIEBERMAN LAW
>7400 Hollywood Blvd., Suite 505
>Los Angeles, CA  90046
>*Co-Counsel for Plaintiff*
>
>Ethan M. Preston, *Pro Hac Vice*
>PRESTON LAW OFFICES
>4054 McKinney Avenue
>Suite 310
>Dallas, TX 75204
>*Co-Counsel for Plaintiff*

>*/s/ Jeffrey P. Brundage*
>Jeffrey P. Brundage