# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ, an individual, on his own behalf and on behalf of all others similarly situated,<br>    *Plaintiff,*<br><br>v.<br><br>LIBERTY POWER CORP., LLC, *et al.,*<br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-cv-10506-ADB |

## DECLARATION OF JEFFREY BRUNDAGE

I, Jeffrey Brundage, upon my own personal knowledge, under oath hereby depose and state as follows:

1.  I am over the age of 18 years old and otherwise competent to testify.

2.  I am an attorney with the law firm of Eckert Seamans Cherin & Mellott, who represents the Defendants in the above-captioned matter.

3.  **Exhibit B** is a true and accurate copy of the response to a subpoena I sent to Bandwidth CLEC, LLC, with highlights added.  At the time of the alleged telephone calls in paragraph 50 of the Complaint, the alleged calling telephone number (508) 202-1270 was on the Bandwidth CLEC, LLC network, a VoIP provider.

4.  In his First Amended FED. R. CIV. P. 26(A)(1) disclosures, Plaintiff disclosed Verizon FIOS as his telephone number carrier.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2018

Jeffrey Brundage

Page 1 of 1