# EXHIBIT B

**From:** Danielle (Bandwidth Legal)
**To:** Jeffrey P. Brundage
**Subject:** [Bandwidth] Re: Service of Process Documents Received by CSC
**Date:** Tuesday, May 29, 2018 2:17:39 PM



##- Please type your reply above this line -##

Your request (2317) has been updated. To add additional comments, reply to this email.

 **Danielle (Bandwidth)**
May 29, 2:17 PM EDT

Thank you for contacting us. Please note that in this instance Bandwidth is electing to waive our fee and for which we are responding just via email and that Bandwidth reserves the right to formally object to the subpoena at a later time.

In response to your request for subscriber information for the telephone number(s) indicated below, and to the extent requested any time period specified; the number(s) are/were on the Bandwidth network provided to a wholesale customer(s) of record who in turn may have assigned the number(s) to an end user of their services. Therefore, for the number(s) you indicated, for any and all end user information you will need to serve a subpoena/court order/search warrant using the information provided below.

*Please Note: For any and all subscriber information/records requested,*

*including exigent matters and preservation requests, please contact the below customer of record directly – Bandwidth does not serve the end user of the target number; therefore, Bandwidth does not have any end user records to provide or preserve related to your request.*

### 508-202-1270 - Customer of record for the dates requested

*From: 2015-01-01*
*To: 2015-01-19*

In response to your request for subscriber information for the telephone number(s) and date range indicated immediately above ONLY, although the telephone number(s) is/was assigned to the Bandwidth network, *the number(s) is/was not assigned to an end user or subscriber for the time period specified*; therefore, Bandwidth has no records to provide.

### 508-202-1270 - Customer of record for the dates requested

*From: 2015-01-19*
*To: 2017-12-31*

DialogTech
(Formerly known as IfByPhone, Inc.)
300 West Adams, Suite 900
Chicago, IL 60606

Contact:
Keaton O'Neal
Telephone: 877-295-5100
Email: legal@dialogtech.com

Regards,

Danielle
Legal Compliance Specialist

Bandwidth Legal Department
View our Law Enforcement Guide: https://www.bandwidth.com/law-enforcement-guide/

Legal

 May 23, 1:03 PM EDT

```
The following Service of Process documents are
attached:Transmittal Number: 18197256Title of Action: Samuel
Katz vs. Liberty Power Corp, LLC.Document(s) Type:
SubpoenaDate Served on CSC: 05/18/2018
```

Attachment(s)

[18197256_Samuel Katz vs. Liberty Power Corp, LLC._Subpoena.pdf](#)

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments from Bandwidth contains information which is CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. The information is intended only for the use of the individual named above and may not be disseminated to any other party without written permission. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, disclosure, distribution, copying or taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this transmission in error, please immediately notify uslawenforcement@bandwidth.com, and permanently delete this e-mail and the attachments hereto, if any, and destroy any printout thereof.

This email is a service from Bandwidth.