**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   THE COMPANY CORPORATION
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *William Lolley*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7012 1010 0001 2596 2236

PS Form 3811, July 2013      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jeffrey P. Brundage, Esq.
Eckert Seamans Cherin & Mellott
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006

(JPB) Liberty/Katz

Civil Action No.: **1:18−CV−10506−ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Mezzi Marketing, LLC c/o its Agent, The Company Corporation

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____
_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) The Company Corporation , who is

designated by law to accept service of process on behalf of (name of organization)_____
Mezzi Marketing, LLC                                                      on (date) July 16, 2018 ; or

☐ I returned the summons unexecuted because_____; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.


July 19, 2018                              /s/ Jeffrey P. Brundage
_____                          _____
     Date                                         *Server's Signature*

                                           Jeffrey P. Brundage, attorney
                                           _____
                                                  *Printed name and title*

                                           Eckert Seamans Cherin & Mellott, LLC
                                           1717 Pennsylvania Avenue, NW
                                           Washington, DC 20006
                                           _____
                                                   *Server's Address*

Additional information regarding attempted service, etc:

The Company Corporation, agent for Mezzi Marketing, LLC, was served via certified mail pursuant to Fed. R. Civ. P. 4(h)(1)(A), Fed. R. Civ. P. (4)(e)(1), and Mass. R. Civ. P. 4(e)(3). A copy of the certified mail receipt is attached herein.