# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ, *et al.*, individuals, on their own behalf and on behalf of all others similarly situated,<br>   *Plaintiffs*,<br><br>v.<br><br>LIBERTY POWER CORP., LLC, *et al.*,<br>   *Defendants*. | Case No. 1:18-cv-10506-ADB |

## DEFENDANTS LIBERTY POWER CORP., LLC AND LIBERTY POWER HOLDINGS, LLC'S ASSENTED-TO MOTION TO EXCEED PAGE LIMIT

Defendants Liberty Power Corp., LLC and Liberty Power Holdings, LLC (collectively, "Defendants") respectfully request leave to file a memorandum of law in support of their forthcoming Consolidated Motion to Dismiss Plaintiffs' First Amended Class Action Complaint in excess of the 20-page limit imposed by Local Rule 7.1(b)(4), by up to fifteen (15) additional pages. In support thereof, Defendants refer the Court to the accompanying memorandum in support filed herewith.

**LIBERTY POWER CORP., LLC,**
**LIBERTY POWER HOLDINGS, LLC,**

By their attorneys,

*/s/ Pamela C. Rutkowski*
Craig R. Waksler (B.B.O. # 566087)
Pamela C. Rutkowski (B.B.O. # 681618)
ECKERT SEAMANS CHERIN &
          MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA  02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
cwaksler@eckertseamans.com
prutkowski@eckertseamans.com

Charles A. Zdebski (*pro hac vice*)
Jeffrey P. Brundage (*pro hac vice*)
ECKERT SEAMANS CHERIN &
          MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006
Telephone:  202-659-6676
Facsimile:  202-659-6699
Email: czdebski@eckertseamans.com
Email:  jbrundage@eckertseamans.com

Dated:  August 2, 2018

**LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

I, Pamela C. Rutkowski, counsel for Defendants, hereby certify that on August 1, 2018, Plaintiffs assented to this motion.

*/s/ Pamela C. Rutkowski*
Pamela C. Rutkowski

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 2, 2018, the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF):

John L. Fink, Esq.
FINK LAW OFFICE
18 Lyman Street, Suite 208
J&N Professional Building
Westborough, MA  01581
*Co-Counsel for Plaintiff*

David C. Parisi, *Pro Hac Vice*
Suzanne Havens Beckman, *Pro Hac Vice*
PARISI & HAVENS LLP
212 Marine Street, Unit 100
Santa Monica, CA  90405
*Co-Counsel for Plaintiff*

Yitzchak H. Lieberman, *Pro Hac Vice*
Grace E. Parasmo, *Pro Hac Vice*
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd., Suite 505
Los Angeles, CA  90046
*Co-Counsel for Plaintiff*

Ethan M. Preston (*Pro Hac Vice*)
PRESTON LAW OFFICES
4054 McKinney Avenue
Suite 310
Dallas, TX 75204
*Co-Counsel for Plaintiff*

Matthew R Mendelsohn
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
*Co-Counsel for Plaintiff*

Date:   August 2, 2018

                                                */s/ Pamela C. Rutkowski*
                                                Pamela C. Rutkowski