# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ, *et al.*, individuals, on their own behalf and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>LIBERTY POWER CORP., LLC, *et al.*,<br>    *Defendants*. | Case No. 1:18-cv-10506-ADB |

## DEFENDANTS LIBERTY POWER CORP., LLC AND LIBERTY POWER HOLDINGS, LLC'S MEMORANDUM IN SUPPORT OF ASSENTED-TO MOTION TO EXCEED PAGE LIMIT

Defendants Liberty Power Corp., LLC and Liberty Power Holdings, LLC (collectively, "Defendants") respectfully request leave to file a memorandum of law in support of their forthcoming Consolidated Motion to Dismiss Plaintiffs' First Amended Class Action Complaint in excess of the 20-page limit imposed by Local Rule 7.1(b)(4), by up to fifteen (15) additional pages.[1]

As grounds for this request, on July 16, 2018, Samuel Katz, Lynne Rhodes, and Alexander Braurman, individually and as class representatives for all others similarly situated (collectively, "Plaintiffs"), filed a 144-paragraph, 35-page First Amended Class Action Complaint against Defendants for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA").

Defendants seek leave to file a memorandum in excess of the standard 20-page limit in the interests of efficiency, judicial economy, and to clearly and adequately set forth the established facts and law applicable to this matter with respect to each of the three named

---

[1] Defendants currently have an extension until August 3, 2018 to file a responsive pleading to Plaintiffs' First Amended Complaint. *See* Dkt. No. 46.

{K0745249.1}

Plaintiffs.  Defendants intend to assert multiple grounds for dismissal against each of the Plaintiffs separately and against Plaintiffs collectively.  In lieu of filing two separate motions, Defendants seek to present the Court with one comprehensive brief without unnecessary duplication or repetition.

Plaintiffs have assented to this request.  Plaintiffs will be filing an assented-to motion to exceed page limits by fifteen (15) pages for their forthcoming opposition to Defendants' motion to dismiss, as well as an assented-to motion to extend time to respond to Defendants' motion to dismiss by two weeks.

WHEREFORE, Defendants Liberty Power Corp., LLC and Liberty Power Holdings, LLC request that the Court grant this Motion.

**LIBERTY POWER CORP., LLC,**
**LIBERTY POWER HOLDINGS, LLC,**

By their attorneys,

*/s/ Pamela C. Rutkowski*
Craig R. Waksler (B.B.O. # 566087)
Pamela C. Rutkowski (B.B.O. # 681618)
ECKERT SEAMANS CHERIN &
      MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA  02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
cwaksler@eckertseamans.com
prutkowski@eckertseamans.com

Charles A. Zdebski (*pro hac vice*)
Jeffrey P. Brundage (*pro hac vice*)
ECKERT SEAMANS CHERIN &
      MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006
Telephone:  202-659-6676
Facsimile:  202-659-6699
Email: czdebski@eckertseamans.com
Email:  jbrundage@eckertseamans.com

Dated:  August 2, 2018

# CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2018, the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF):

> John L. Fink, Esq.
> FINK LAW OFFICE
> 18 Lyman Street, Suite 208
> J&N Professional Building
> Westborough, MA  01581
> *Co-Counsel for Plaintiff*
>
> David C. Parisi, *Pro Hac Vice*
> Suzanne Havens Beckman, *Pro Hac Vice*
> PARISI & HAVENS LLP
> 212 Marine Street, Unit 100
> Santa Monica, CA  90405
> *Co-Counsel for Plaintiff*
>
> Yitzchak H. Lieberman, *Pro Hac Vice*
> Grace E. Parasmo, *Pro Hac Vice*
> PARASMO LIEBERMAN LAW
> 7400 Hollywood Blvd., Suite 505
> Los Angeles, CA  90046
> *Co-Counsel for Plaintiff*
>
> Ethan M. Preston (*Pro Hac Vice*)
> PRESTON LAW OFFICES
> 4054 McKinney Avenue
> Suite 310
> Dallas, TX 75204
> *Co-Counsel for Plaintiff*
>
> Matthew R Mendelsohn
> Mazie Slater Katz & Freeman, LLC
> 103 Eisenhower Parkway
> Roseland, NJ 07068
> *Co-Counsel for Plaintiff*

Date:  August 2, 2018

                                                                            /s/ Pamela C. Rutkowski
                                                                            Pamela C. Rutkowski