UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ, *et al.*, individuals, on their own behalf and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>LIBERTY POWER CORP., LLC, *et al.*,<br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-10506-ADB<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS IN NATIVE FORMAT**

Defendants Liberty Power Corp., LLC, and Liberty Power Holdings, LLC (collectively, "Defendants"), by counsel, move this Court for the entry of an order allowing Defendants an eight-day extension of time to file an opposition to Plaintiffs' Motion to Compel Defendants to Produce Documents in Native Format (ECF No. 64) ("Motion"). In support thereof, Defendants state as follows:

1. On August 16, 2018, Plaintiffs' Filed a Motion to Compel Defendants to Produce Documents in Native Format. The Memorandum in Support is fifteen pages, and together with the declaration, and eight Exhibits totals 69 pages (ECF Nos. 65, 65-1–65-9).

2. Defendants' Opposition is due August 30, 2018.

3. Due to competing professional and personal obligations, Defendants need more time to address the arguments contained in the 69 pages.

4. No other requests for an extension of time to oppose the Motion have been sought or granted.

5. Counsel for Plaintiffs consent to the relief sought herein.

6. This brief delay will not prejudice any party or the Court.

7. The above constitutes good cause for this request.

**WHEREFORE**, Defendants, with consent from counsel for Plaintiffs, hereby move this Court for the entry of an Order allowing Defendants up to and through September 7, 2018 to oppose Plaintiffs' Motion, and any other relief this Court deems just and proper.

Dated:  August 28, 2018                                      Respectfully Submitted,

**LIBERTY POWER CORP., LLC,**
**LIBERTY POWER HOLDINGS, LLC,**

By their attorneys,

Craig R. Waksler (B.B.O. # 566087)
Pamela C. Rutkowski (B.B.O. # 681618)
ECKERT SEAMANS CHERIN &
           MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA  02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
cwaksler@eckertseamans.com
prutkowski@eckertseamans.com


*/s/ Jeffrey P. Brundage*
Charles A. Zdebski (*pro hac vice*)
Jeffrey P. Brundage (*pro hac vice*)
ECKERT SEAMANS CHERIN &
           MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006
Telephone:  202-659-6676
Facsimile:  202-659-6699
Email: czdebski@eckertseamans.com
Email:  jbrundage@eckertseamans.com

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2) undersigned counsel for the Defendants hereby certifies that counsel for the parties conferred telephonically on August 22, 2018, and via subsequent emails and Plaintiffs' counsel consented to the relief sought herein.

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Brundage*
　　　　　　　　　　　　　　　　　　　　　Jeffrey Brundage

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on August 28, 2018.

> John L. Fink, Esq.
> FINK LAW OFFICE
> 18 Lyman Street, Suite 208
> J&N Professional Building
> Westborough, Massachusetts  01581
> *Co-Counsel for Plaintiffs*
>
> David C. Parisi, Pro Hac Vice
> Suzanne Havens Beckman, Pro Hac Vice
> PARISI & HAVENS LLP
> 212 Marine Street, Unit 100
> Santa Monica, CA  90405
> *Co-Counsel for Plaintiffs*
>
> Yitzchak H. Lieberman, *Pro Hac Vice*
> Grace E. Parasmo, *Pro Hac Vice*
> PARASMO LIEBERMAN LAW
> 7400 Hollywood Blvd., Suite 505
> Los Angeles, CA  90046
> *Co-Counsel for Plaintiffs*
>
> Ethan M. Preston, *Pro Hac Vice*
> PRESTON LAW OFFICES
> 4054 McKinney Avenue
> Suite 310
> Dallas, TX 75204
> *Co-Counsel for Plaintiffs*
>
> Matthew R Mendelsohn, *Pro Hac Vice*
> Mazie Slater Katz & Freeman, LLC
> 103 Eisenhower Parkway
> Roseland, NJ 07068
> *Co-Counsel for Plaintiffs*
>
>
> */s/ Jeffrey P. Brundage*
> Jeffrey P. Brundage