UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ, *et al.*, individuals, on their own behalf and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>LIBERTY POWER CORP., LLC, *et al.*,<br>    *Defendants*. | Case No. 1:18-cv-10506-ADB |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter the appearance of the undersigned attorney, Rachel E. Moynihan, as counsel on behalf of the Defendants Liberty Power Corp., LLC and Liberty Power Holdings, LLC.

    Respectfully submitted,
    **LIBERTY POWER CORP., LLC**
    **AND LIBERTY POWER HOLDINGS, LLC,**
    By their attorneys,

    /s/ Rachel E. Moynihan
    Rachel E. Moynihan (BBO #663887)
    Craig R. Waksler (BBO #566087)
    ECKERT SEAMANS CHERIN & MELLOTT, LLC
    Two International Place, 16th Floor
    Boston, MA  02110-2602
    Telephone:  617.342.6800
    Facsimile:  617.342.6899
    Email:  rmoynihan@eckertseamans.com
    Email:  cwaksler@eckertseamans.com

    Charles A. Zdebski (*pro hac vice*)
    Jeffrey P. Brundage (*pro hac vice*)
    ECKERT SEAMANS CHERIN & MELLOTT, LLC
    1717 Pennsylvania Avenue, N.W., 12th Floor
    Washington, DC  20006
    Telephone:  202.659.6676
    Facsimile:  202.659.6699
    Email:  czdebski@eckertseamans.com
    Email:  jbrundage@eckertseamans.com

Dated:  November 6, 2018

{K0758379.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date: November 6, 2018          /s/ Rachel E. Moynihan
                                                    Rachel E. Moynihan (BBO #663887)