# EXHIBIT 6 TO CASTILLO DEPOSITION TRANSCRIPT

Exhibits to Castillo Deposition                                                                 No. 1:18-cv-10506

| | |
|---|---|
| **From:** | Ozzi Conner |
| **To:** | Josue Toussaint |
| **Cc:** | "Bryan Mills" |
| **Subject:** | RE: Call Info |
| **Date:** | Friday, January 13, 2017 2:53:06 PM |
| **Attachments:** | 5089660240 details.PNG |

Hi JT,

PFA,

    Attached is the screen shot for the below mentioned number. Thanks

**From:** Josue Toussaint [mailto:jtoussaint@libertypowercorp.com]
**Sent:** Saturday, January 14, 2017 12:08 AM
**To:** Ozzi Conner
**Cc:** 'Bryan Mills'
**Subject:** RE: Call Info

Hey Oz,

Can you also provide me a screen shot for this one?

Thanks

JT

**From:** Ozzi Conner [mailto:o.c@mezzimarketing.com]
**Sent:** Thursday, January 12, 2017 12:18 PM
**To:** Josue Toussaint <jtoussaint@libertypowercorp.com>
**Cc:** 'Bryan Mills' <b.m@mezzimarketing.com>
**Subject:** RE: Call Info

JT – No problem at all we want to run this business as smooth as possible so I am working my heart out to make sure of the compliance because I don't want anything from our side which raise a question to you by liberty's higher management so I again appreciate your support buddy will provide you whatever you need.

**From:** Josue Toussaint [mailto:jtoussaint@libertypowercorp.com]
**Sent:** Thursday, January 12, 2017 10:10 PM
**To:** Ozzi Conner
**Subject:** RE: Call Info

Thanks buddy

**From:** Ozzi Conner [mailto:o.c@mezzimarketing.com]
**Sent:** Thursday, January 12, 2017 12:02 PM
**To:** Josue Toussaint <jtoussaint@libertypowercorp.com>
**Cc:** 'Bryan Mills' <b.m@mezzimarketing.com>
**Subject:** RE: Call Info



PLAINTIFF'S EXHIBIT
Castillo 5/8/19

LP_002389-1.pdf

Hi Josue,
    This number is not dialed from our end. Thanks

---

**From:** Josue Toussaint [mailto:jtoussaint@libertypowercorp.com]
**Sent:** Thursday, January 12, 2017 9:42 PM
**To:** Ozzi Corner (o.c@mezzimarketing.com)
**Cc:** Bryan Mills (b.m@mezzimarketing.com)
**Subject:** Call Info
**Importance:** High

Any info in your dialer for the following (Date and time dialed)?

Samuel Katz
508-966-▮

---

The information contained in this transmission may contain confidential and proprietary information. It is intended only for the use of the person(s) named above. Intended recipients are reminded of their obligation to maintain the confidentiality of applicable Liberty Power information. If you have been sent this message in error, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. Further, if you have been sent this message in error, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to email.security@libertypowercorp.com.

---

The information contained in this transmission may contain confidential and proprietary information. It is intended only for the use of the person(s) named above. Intended recipients are reminded of their obligation to maintain the confidentiality of applicable Liberty Power information. If you have been sent this message in error, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. Further, if you have been sent this message in error, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to email.security@libertypowercorp.com.

---

The information contained in this transmission may contain confidential and proprietary information. It is intended only for the use of the person(s) named above. Intended recipients are reminded of their obligation to maintain the confidentiality of applicable Liberty Power information. If you have been sent this message in error, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. Further, if you have been sent this message in error, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to email.security@libertypowercorp.com.

**Q SEARCH FOR A LEAD**

| | | | |
|---|---|---|---|
| Phone Number | 508966▬ | Status | |
| First Name | | Last Name | |
| User | | List Id | |

[✓ Submit] [Cancel]

| LEAD ▲ | DATE/TIME | SECONDS | RESID | FILENAME | DOWNLOAD IMAGE |
|---|---|---|---|---|---|
| | | No data available in table | | | |