# EXHIBIT 13 TO CASTILLO DEPOSITION TRANSCRIPT

| | |
|---|---|
| **From:** | o.c@mezzimarketing.com |
| **To:** | "Josue Toussaint" <jtoussaint@libertypowercorp.com> |
| **CC:** | "Bryan Mills" <b.m@mezzimarketing.com> |
| **Date:** | 10/17/2016 4:07:29 PM |
| **Subject:** | RE: Dialer Info |

Hi JT,

The first number 508966■ is dialed from our side on 2016-10-03 AT 13:22:53 and the second number 617997■ is not dialed from our side. Thanks

From: Josue Toussaint [mailto:jtoussaint@libertypowercorp.com]
Sent: Tuesday, October 18, 2016 12:40 AM
To: Ozzi Corner (o.c@mezzimarketing.com); Bryan Mills (b.m@mezzimarketing.com)
Subject: Dialer Info
Importance: High

Guys,

Can you confirm the date and time this numbers were dialed?

Samuel I Katz
(508)-966-■
(617)-997-■

The information contained in this transmission may contain confidential and proprietary information. It is intended only for the use of the person(s) named above. Intended recipients are reminded of their obligation to maintain the confidentiality of applicable Liberty Power information. If you have been sent this message in error, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. Further, if you have been sent this message in error, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to email.security@libertypowercorp.com.
quuuu



PLAINTIFF'S EXHIBIT
13
Castillo 5/8/19