# Exhibit 1:  Email confirmation of August 12, 2006 Do Not Call registration for Rhodes's cellular telephone number (KATZ 308004)

**Subject:** National Do Not Call Registry - Your Registration Is Confirmed
**From:** Verify@DonotCall.gov
**Date:** 3/21/19, 6:50 PM
**To:** ep@eplaw.us

Thank you for regis___ng your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in █████ on August 12, 2006. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

*************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

KATZ 308004