Exhibit 4:  Exhibit 9 to Deposition
of Michelle Castillo (LP_001245-57)

| | |
|---|---|
| **From:** | Aime Leon [aleon@libertypowercorp.com] |
| **Sent:** | Thursday, July 26, 2018 10:01:59 PM |
| **To:** | Albert Martinez; Gary Donaldson; Josue Toussaint; Kevin Gailing; Mike Hernandez |
| **CC:** | Support 1; Michael Cofer; DL-Business Planning |
| **Subject:** | RE: Katz v. Liberty Power - Calls to new Plaintiffs |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; image010.png; image011.png |

Team;

Please see below for more information about these 3 numbers.

1.   Phone number 908879█████ has been part of the National DNC list since 2003. It was scrubbed for EAG1 on 8/30/2016 and 9/30/2016. We also received the number as part of an SMB file, and it was scrubbed for channel GPG on 4/21/2015 as an SMB number.



2.   By looking at the scrubbing history in DNC Solutions for phone number 508540████, we see that it was first scrubbed as a Winback for SFC. We were unable to find any history for this number in our system, but we found the Winback list that includes the number, and an account number (████████) associated with it. When looking at this acct number in Deal Capture, the phone number is different (617742████); this second phone number is not part of the National or State DNC lists (see below), but it was added to our Internal DNC list on 1/11/18. This customer has de-enrolled multiple times.



PLAINTIFF'S EXHIBIT
Castillo 5/8/19

## DNC Number Research for (508) 540-█████

[ View Full Report ]

### Lists Containing Number

| Filter | Code | Date Added | Customer Date | Date Updated | Date Removed |
|---|---|---|---|---|---|
| Massachusetts | MA1 | 6/8/2005 | 9/6/2018 | 6/8/2018 | N/A |
| MASSACHUSETTS 508 | NMA | 2/4/2008 | N/A | N/A | N/A |
| Liberty Power Corp | MST | 12/11/2017 | 1/9/2018 | 1/9/2018 | N/A |
| Liberty Power Corp | MST | 4/10/2015 | 3/29/2017 | 3/29/2017 | 3/29/2017 |

1     Page 1 of 1 (4 items)

[ View Full Report ]

### Instances where number was uploaded in a Call List

| CallList | File Name | Upload Date | Scrub Date | DNC Filter |
|---|---|---|---|---|
| Default CallList | InternalDNC.csv | 4/19/2018 | 4/18/2018 | Massachusetts |
| Default CallList | Honduras_RESI_Winbacks_11.22.2017.csv | 11/22/2017 | 11/22/2017 | Massachusetts |
| Default CallList | Honduras_Winbacks_PN_10.25.17.csv | 10/25/2017 | 10/25/2017 | Massachusetts |
| Default CallList | Liberty Power Cust.csv | 12/16/2016 | 12/16/2016 | Massachusetts |
| Default CallList | MEZ_RESI_5 Series_12.14.16.csv | 12/14/2016 | 12/14/2016 | Massachusetts |
| Default CallList | MEZ_RESI_07.27.16.csv | 7/27/2016 | 7/27/2016 | Massachusetts |
| Default CallList | MEZ_RESI_07.12.16.csv | 7/12/2016 | 7/12/2016 | Massachusetts |
| Default CallList | Liberty Power Cust.csv | 6/27/2016 | 6/27/2016 | Massachusetts |
| Default CallList | Liberty Power Cust.csv | 3/22/2016 | 3/22/2016 | Massachusetts |
| Default CallList | SFC_WINBCK_phonenumbers_1.8.2016.csv | 1/8/2016 | 1/8/2016 | Massachusetts |

1     Page 1 of 1 (10 items)

From the Winback File uploaded in PC for Call Center Outbound on 11/22/17 (the customer de-enrolled on 9/22/17, it was within the 18 months period)

| PhoneNumber | TimeZone | FirstName | LastName | Address | City | State | Zip | Utility | AccountNumber | De_enrollmentDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 5085406266 | EST5EDT | SCORA | RHODES | 197 HATWAY RD | EAST FALMOUTH | MA | 2536 | NSTAR-COMM | 1483201316 | 9/22/2017 |

From Deal Capture:

**Account Detail**

Account #: 1486 67010016  Call-in PIN: [        ]  Billing Account #: [

[New Search]  [Refresh]

Status: 911000-De-enrolled ⌄

[Return to Menu]  [Return to Account List]

---

1-General  2-Customer  3-Billing  4-Service  5-Owner  6-Additional  7-Notes  8-Sales C

---

**Name:** SCOBA F RHODES  ⌄

SCOBA F RHODES

**Contact:** SCOBA F, RHODES, NA  ⌄

First Name: SCOBA F   Last Name: RHODES

Title: NA

Phone: 61774█   Fax: [        ]

Email: admin@libertypowercorp.com

Birthday: 1 /1

**Address:** ██████ East Falmouth, MA, 02536-4507  ⌄

Address: ██████

Suite: [        ]   City: East Falmouth

State: Massachusetts ⌄   Zip: 02536-4507

| http://enrollmentapp.libertypowercorp.com... | |
|---|---|
| **Flow Start Date** | **De-enrollment Date** |
| 12/21/2017 | 12/21/2017 |
| 12/22/2016 | 9/22/2017 |
| 10/24/2016 | 11/22/2016 |
| 3/23/2016 | 7/22/2016 |
| 10/22/2015 | 2/23/2016 |
| 1 2 | |

Phone Number 617-742-███

CONFIDENTIAL

DNC Number Research for (617) 742█

[ View Full Report ]

**Lists Containing Number**

| Filter | Code | Date Added | Customer Date | Date Updated | Date Removed |
|---|---|---|---|---|---|
| Liberty Power Corp | MST | 1/9/2018 | 1/9/2018 | 1/9/2018 | N/A |

1      Page 1 of 1 (1 items)

[ View Full Report ]

**Instances where number was uploaded in a Call List**

| CallList | File Name | Upload Date | Scrub Date | DNC Filter |
|---|---|---|---|---|
| Default CallList | InternalDNC.csv | 4/18/2018 | 4/18/2018 | Liberty Power Corp |
| Default CallList | MEZ_RESI_10.13.2017_PN.csv | 10/18/2017 | | |
| Default CallList | MEZ_RESI_09.05.17.csv | 9/5/2017 | | |
| Default CallList | SEEC_MA_NSTAR_RESI_A_07.05.17.csv | 7/5/2017 | | |
| Default CallList | MEZ_RESI_6 Series_12.14.16.csv | 12/14/2016 | | |
| Default CallList | MEZ_RESI_07.27.16.csv | 7/27/2016 | | |
| Default CallList | MEZ_RESI_07.12.16.csv | 7/12/2016 | | |
| Default CallList | MEZ_RESI_MA_06.10.16.csv | 6/10/2016 | | |
| SOC_1_RES_2_12_'5 | NStarResiA.csv | 2/12/2015 | | |

1      Page 1 of 1 (9 items)

3.  Phone number 617962█ was scrubbed 3 times for channel MEZ in 2016.

DNC Number Research for (617) 962-█

[ View Full Report ]

**Lists Containing Number**

| Filter | Code | Date Added | Customer Date | Date Updated | Date Removed |
|---|---|---|---|---|---|
| Massachusetts | MA1 | 9/6/2006 | 6/6/2018 | 6/6/2018 | N/A |
| MASSACHUSETTS 617 | NMA | 8/12/2006 | N/A | N/A | N/A |
| Wireless | WIR | 6/14/2003 | 7/20/2018 | 7/23/2018 | N/A |

1      Page 1 of 1 (3 items)

[ View Full Report ]

**Instances where number was uploaded in a Call List**

| CallList | File Name | Upload Date | Scrub Date | DNC Filter |
|---|---|---|---|---|
| Default CallList | MEZ_RESI_6 Series_12.14.16.csv | 12/14/2016 | 12/14/2016 | Massachusetts |
| Default CallList | MEZ_RESI_07.27.16.csv | 7/27/2016 | 7/27/2016 | Massachusetts |
| Default CallList | MEZ_RESI_07.12.16.csv | 7/12/2016 | 7/12/2016 | Massachusetts |

1      Page 1 of 1 (3 items)

Thank you,

**Aimé León**
Business Planning Analyst

[O] 954.598.7052
aleon@libertypowercorp.com



www.libertypowercorp.com
2100 W. Cypress Creek Rd., Suite 130
Fort Lauderdale, FL 33309

**From:** Albert Martinez
**Sent:** Thursday, July 26, 2018 3:08 PM
**To:** Gary Donaldson <gdonaldson@libertypowercorp.com>; Josue Toussaint <jtoussaint@libertypowercorp.com>; Kevin
Gailing <kgailing@libertypowercorp.com>; Mike Hernandez <m2hernandez@libertypowercorp.com>
**Cc:** Support 1 <support1@libertypowercorp.com>; Michael Cofer <mcofer@libertypowercorp.com>; DL-Business
Planning <DL-BusinessPlanning@libertypowercorp.com>
**Subject:** RE: Katz v. Liberty Power - Calls to new Plaintiffs

One of these numbers was scrubbed for the Honduras team as a winback.

|   | PhoneNumber | SalesChannel | DateScrubbed | ScrubResult | Description |
|---|---|---|---|---|---|
| 1 | 508540■ | Call Center Outbound | 2017-11-22 16:22:00.000 | MA1 | Massachusetts State List |
| 2 | 508540■ | Call Center Outbound | 2017-11-22 16:22:00.000 | WBK | Winback |

**From:** Gary Donaldson
**Sent:** Thursday, July 26, 2018 1:33 PM
**To:** Josue Toussaint <jtoussaint@libertypowercorp.com>; Kevin Gailing <kgailing@libertypowercorp.com>; Mike
Hernandez <m2hernandez@libertypowercorp.com>
**Cc:** Support 1 <support1@libertypowercorp.com>; Michael Cofer <mcofer@libertypowercorp.com>; DL-Business
Planning <DL-BusinessPlanning@libertypowercorp.com>
**Subject:** FW: Katz v. Liberty Power - Calls to new Plaintiffs
**Importance:** High

Guys,

I need for us to reach out to all of our active channel partners to confirm if the numbers highlighted below were ever
dialed by them. I don't want to limit their search just to ensure we get everything so ask them to search from 10/2016
through June 2018. See details below and get back to me as soon a possible.

For new Plaintiff Alex Braurman, telephone # 908-879-■

| Call Date | Time | Calling Number |
|---|---|---|
| 10/24/2016 | 12:13 p.m. | (908) 387-4845 |
| 12/23/2016 | 1:31 p.m. | (508) 523-6101 |
| 12/24/2016 | 12:52 p.m. | (508) 523-6101 |

For new Plaintiff Lynne Rhodes, telephone #s (508) 540-■ and (617) 962-■

November 2017 to June 2018
Specifically, June 21, 2018 called from 339-888-6412.

CONFIDENTIAL

BP,

Can you also confirm any scrub requests for the numbers in question.  The respective dates are also provided which should help narrow your search.  Perhaps Cofer can double check Pure Cloud for us to see if there were any records returned for these numbers as well.

Thanks,

**Gary Donaldson**
Senior Manager, Mass Market Sales
Channel Development - Telesales

[O]  954.598.7084
[M]  954.213.9210
[F]  954.903.4663
gdonaldson@libertypowercorp.com



www.libertypowercorp.com
2100 W. Cypress Creek Rd. Suite 130
Fort Lauderdale, FL 33309

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

CONFIDENTIAL

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**



**Redacted:**
**Attorney Client Privilege**

------------------------------------------------------------------

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

The information contained in this transmission may contain confidential and proprietary information. It is intended only for the use of the person(s) named above. Intended recipients are reminded of their obligation to maintain the confidentiality of applicable Liberty Power information. If you have been sent this message in error, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. Further, if you have been sent this message in error, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to email.security@libertypowercorp.com.
------------------------------------------------------------------

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

| From: | Mike Hernandez [m2hernandez@libertypowercorp.com] |
|---|---|
| Sent: | Tuesday, July 31, 2018 7:42:08 PM |
| To: | Gary Donaldson; Josue Toussaint; Kevin Gailing |
| Subject: | RE: Katz v. Liberty Power - Calls to new Plaintiffs |
| Attachments: | image002.jpg; image004.png; image005.png; RE: Alex Braurman & Lynne Rhodes.msg |

Gary,

See attached from HEL.

Thank you,

**Mike Hernandez**
Channel Manager
[M] 954.616.7243
m2hernandez@libertypowercorp.com



www.libertypowercorp.com
2100 W. Cypress Creek Rd., Suite 130
Fort Lauderdale, FL 33309

**From:** Gary Donaldson
**Sent:** Tuesday, July 31, 2018 3:40 PM
**To:** Josue Toussaint <jtoussaint@libertypowercorp.com>; Kevin Gailing <kgailing@libertypowercorp.com>; Mike Hernandez <m2hernandez@libertypowercorp.com>
**Subject:** FW: Katz v. Liberty Power - Calls to new Plaintiffs
**Importance:** High

Guys,

Still pending email confirmations for IBP, HEL and AGR-O.  Please reply back to the original email sent below at 10am.

Thanks,

**Gary Donaldson**
Senior Manager, Mass Market Sales
Channel Development - Telesales

[O] 954.598.7084
[M] 954.213.9210
[F] 954.903.4663
gdonaldson@libertypowercorp.com



www.libertypowercorp.com
2100 W. Cypress Creek Rd. Suite 130
Fort Lauderdale, FL 33309

**From:** Gary Donaldson
**Sent:** Tuesday, July 31, 2018 10:03 AM
**To:** Josue Toussaint (jtoussaint@libertypowercorp.com) <jtoussaint@libertypowercorp.com>; Kevin Gailing (kgailing@libertypowercorp.com) <kgailing@libertypowercorp.com>; Mike Hernandez (m2hernandez@libertypowercorp.com) <m2hernandez@libertypowercorp.com>
**Cc:** Support 1 <support1@libertypowercorp.com>; Michael Cofer <mcofer@libertypowercorp.com>; DL-Business Planning <DL-BusinessPlanning@libertypowercorp.com>
**Subject:** RE: Katz v. Liberty Power - Calls to new Plaintiffs
**Importance:** High

Team,

Where are we with this request?  Have we reached out to all of our active channels highlighted below?  Please have them provide a screenshot of the search field reflecting that nothing was found if that's the case.  This needs to be a HIGH priority item today as we expect more requests to surface from Katz's lawyers this week.

| Sales Channel ▾ |
| --- |
| AA-BPO |
| AFF |
| AGR-O |
| API |
| CES-NEW |
| CP360 |
| ELE |
| ENH |
| EPROS |
| GOE-NEW |
| HEL |
| HEN |
| I2C |
| IBP |
| MEZ |
| SEEC |
| SFC-B |

Thanks,

**Gary Donaldson**
Senior Manager, Mass Market Sales
Channel Development - Telesales

[O]  954.598.7084

CONFIDENTIAL

[M] 954.213.9210
[F] 954.903.4663
gdonaldson@libertypowercorp.com



www.libertypowercorp.com
2100 W. Cypress Creek Rd. Suite 130
Fort Lauderdale, FL 33309

**From:** Gary Donaldson
**Sent:** Thursday, July 26, 2018 1:33 PM
**To:** Josue Toussaint <jtoussaint@libertypowercorp.com>; Kevin Gailing <kgailing@libertypowercorp.com>; Mike Hernandez <m2hernandez@libertypowercorp.com>
**Cc:** Support 1 <support1@libertypowercorp.com>; Michael Cofer <mcofer@libertypowercorp.com>; DL-Business Planning <DL-BusinessPlanning@libertypowercorp.com>
**Subject:** FW: Katz v. Liberty Power - Calls to new Plaintiffs
**Importance:** High

Guys,

I need for us to reach out to all of our active channel partners to confirm if the numbers highlighted below were ever dialed by them. I don't want to limit their search just to ensure we get everything so ask them to search from 10/2016 through June 2018. See details below and get back to me as soon a possible.

For new Plaintiff Alex Braurman, telephone # 908-879-▮▮▮

| Call Date  | Time       | Calling Number |
|------------|------------|----------------|
| 10/24/2016 | 12:13 p.m. | (908) 387-4845 |
| 12/23/2016 | 1:31 p.m.  | (508) 523-6101 |
| 12/24/2016 | 12:52 p.m. | (508) 523-6101 |

For new Plaintiff Lynne Rhodes, telephone #s (508) 540-▮▮▮ and (617) 962-▮▮▮

November 2017 to June 2018
Specifically, June 21, 2018 called from 339-888-6412.


BP,

Can you also confirm any scrub requests for the numbers in question. The respective dates are also provided which should help narrow your search. Perhaps Cofer can double check Pure Cloud for us to see if there were any records returned for these numbers as well.

Thanks,

**Gary Donaldson**
Senior Manager, Mass Market Sales
Channel Development - Telesales

CONFIDENTIAL                                                                                                        LP 00125

[O] 954.598.7084
[M] 954.213.9210
[F] 954.903.4663
gdonaldson@libertypowercorp.com



www.libertypowercorp.com
2100 W. Cypress Creek Rd. Suite 130
Fort Lauderdale, FL 33309

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

CONFIDENTIAL                                                        LP_0012

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

**Redacted:**
**Attorney Client Privilege**

the contrary is included in this message.

<LIBERTY-KATZ - FIRST AMENDED CLASS ACTION
(N0291987xA35AA).pdf.awsec>

---

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

The information contained in this transmission may contain confidential and proprietary information. It is intended only for the use of the person(s) named above. Intended recipients are reminded of their obligation to maintain the confidentiality of applicable Liberty Power information. If you have been sent this message in error, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. Further, if you have been sent this message in error, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to email.security@libertypowercorp.com.

---

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.