# Exhibit 5: Exhibit 10 to Deposition of Michelle Castillo (LP_003528)

# EXHIBIT 10 TO CASTILLO DEPOSITION TRANSCRIPT

Exhibits to Castillo Deposition No. 1:18-cv-10506

| | |
|---|---|
| **From:** | Ivaylo Milenkov |
| **To:** | Aime Leon |
| **Date:** | Thursday, July 26, 2018 3:39:04 PM |
| **Attachments:** | result.csv |

Ivaylo Milenkov

imilenkov@libertypowercorp.com
[O] 954-489-7123
[M] 954-225-0141


PLAINTIFF'S EXHIBIT

LP_003528-1.pdf

| File | Code | Date | Type |
|---|---|---|---|
| Uploaded\flag_4377290_MEZ_RESI_07.27.16.csv.csv:359828:508540█ | MA1 | 7/27/2016 15:50 | MEZ |
| Uploaded\flag_4377290_MEZ_RESI_07.27.16.csv.csv:865845:617962█ | MA1 | 7/27/2016 15:50 | MEZ |
| Uploaded\flag_4420228_EAG1_NJ_RESI_8.30.2016.csv.csv:33132:908879█ | NNJ | 8/30/2016 8:36 | EAG1 |
| Uploaded\flag_4456988_EAG1_RESI_NJ_09.30.16.csv.csv:33132:908879█ | NNJ | 9/30/2016 10:32 | EAG1 |
| Uploaded\flag_4897580_Honduras_Winbacks_PN_10.25.17.csv Call Center Outbound.csv:63040: | 508540█ | Call Center Outbound | 10/25/2017 14:11 | MA1 |
| Uploaded\flag_4926695_Honduras_RESI_Winbacks_11.22.2017.csv Call Center Outbound.csv:57790: | 508540█ | Call Center Outbound | 11/22/2017 16:22 | WBK |
| Uploaded\flag_4926695_Honduras_RESI_Winbacks_11.22.2017.csv Call Center Outbound.csv:138255: | 508540█ | Call Center Outbound | 11/22/2017 16:22 | MA1 |