Exhibit 7:  Portions of Massachusetts
Department of Public Utilities records reflecting
Rhodes's complaints concerning Defendants
(KATZ 307682-86)

## Status

Closed ⌄

## Determination

No Fault ⌄

## Priority

Priority ⌄

## Medium

Email/Online ⌄

Description

daughter who moved in with her dad about 6 months ago because father has Alzheimer. he doesn't understand what he is doing. Liberty calls constantly 3 times this week and she told rep do not call house anymore. She said she called Eversource and there is a pending application to switch supply services claims/ no one authorized. she wants to take criminal action against Liberty for fraudulently setting up account without authorization..

445 / 2000

Reminder date

mm/dd/yyyy

Reminder text

0 / 1000

## Advocate Information

Name

Phone number

KATZ 307682

## Relationship

Relationship ▾

## Utility Company Information

Company

Liberty Power Holdings, LLC (Electric Supplier)

Address

1901 W. Cypress Creek Rd. 600 Fort Lauderdale 33309

Contact

Garson Knapp - 866-769-3799 | gknapp@lib⌐ 

Contact

DPU contact - x | complaints@libertypowerc⌐ 

## Comments / Responses



*01/29/2018 @ 4:37AM by **Donna Marchant***
From: Marchant, Donna (DPU) Sent: Monday, January 29, 2018 9:37 AM To: 'Lynne Rhodes' Subject: RE: Liberty Good Morning, Liberty is not calling you. Whomever is calling you is another supplier or a scam. Liberty or any other supplier wouldn't call to inform a consumer that their power is going to be shut off. Your father had Liberty and the account was finaled and there is a zero balance owed to Liberty Power.

*01/29/2018 @ 4:37AM by **Donna Marchant***
From: Lynne Rhodes [mailto█████████████ Sent: Saturday, January 27, 2018 12:32 PM To: Marchant, Donna (DPU) Subject: Re: Liberty Donna, Liberty Power has called 4 times that I have documented. They have called the house more often, including this week after you send this email. Which leaves me feeling, that audio recording has been altered, other wise, if we changed legitimately, why would they feel it necessary to call me and tell me to I need to die because I refuse to do business with them. They called again on Tuesday and spoke with my father and told him they owe him money. He was trying to figure out how to pay them without a bill. How do u get liberty power to stop calling me? They call and say they are calling from Eversource and my father believes them and he wants to make sure his account is current. Thankfully, I hope, I've told him not to pay anything over the phone and to ask for a paper bill before he pays. They have told me they were from Eversource and when I told him he was lying, he told me I needed to die. When I asked who he was calling from, he wouldn't tell me. Until I asked if he was from Liberty Power. My phone record shows they called on the 25th 6 minutes after you send this email and told my dad his electric was going to be shut off if he didn't pay. Lynne

*01/25/2018 @ 7:34AM by **Donna Marchant***
From: Marchant, Donna (DPU) Sent: Thursday, January 25, 2018 12:33 PM To: Lynne Rhodes (█████████████) Subject: Liberty Good Afternoon, Today I contacted Eversource to make sure that Liberty Power did not switch supply services on the account under your father's name. You father did authorize a switch with Liberty Power back in 2015 and he did receive a welcome packet which is the first attachment in this email. Liberty Power was his supplier up until 9/15/2017. Then Mega Energy was

KATZ 307683

his supplier from 9/15/17 to 10/25/17 then Cleanchoice Energy took over and is still his supplier . His rate is 9.258 cents per Kwh. I don't have any idea what the terms of service agreement is with Cleanchoice . You need to contact them to determine how long this rate is good for and when it ends. He did enroll with Liberty again on 12/6/17 and clearly agreed to switch (TPV is second attachment) . On 12/15/17 you called to cancel the enrollment so the account will not flow with Liberty Power. Liberty power has taken this account and put in on their internal do not call list. You need to explain to your dad that he has to hang up on these telemarketers calling to talk about his electric or gas bills. I can't prevent this from happening again. Eversource's rate right now is 12.881 so your father is paying less but again you need to call Cleanchoice to find out the terms of service agreement. Thank you. Regards, Donna Marchant Compliance Officer Consumer Division Department of Public Utilities One South Station Boston, MA 02110 Phone: 617-305-3740 Fax: 617-305-3742

*01/25/2018 @ 7:33AM by* **Donna Marchant**

From: Marchant, Donna (DPU) Sent: Thursday, January 25, 2018 12:33 PM To: Lynne Rhodes (███████████com) Subject: Liberty Good Afternoon, Today I contacted Eversource to make sure that Liberty Power did not switch supply services on the account under your father's name. You father did authorize a switch with Liberty Power back in 2015 and he did receive a welcome packet which is the first attachment in this email. Liberty Power was his supplier up until 9/15/2017. Then Mega Energy was his supplier from 9/15/17 to 10/25/17 then Cleanchoice Energy took over and is still his supplier . His rate is 9.258 cents per Kwh. I don't have any idea what the terms of service agreement is with Cleanchoice . You need to contact them to determine how long this rate is good for and when it ends. He did enroll with Liberty again on 12/6/17 and clearly agreed to switch (TPV is second attachment) . On 12/15/17 you called to cancel the enrollment so the account will not flow with Liberty Power. Liberty power has taken this account and put in on their internal do not call list. You need to explain to your dad that he has to hang up on these telemarketers calling to talk about his electric or gas bills. I can't prevent this from happening again. Eversource's rate right now is 12.881 so your father is paying less but again you need to call Cleanchoice to find out the terms of service agreement. Thank you. Regards, Donna Marchant Compliance Officer Consumer Division Department of Public Utilities One South Station Boston, MA 02110 Phone: 617-305-3740 Fax: 617-305-3742

*01/24/2018 @ 7:20AM by* **Donna Marchant**

From: Jackie Garcia-Culp [mailto:jculp@libertypowercorp.com] On Behalf Of Complaints Sent: Tuesday, January 23, 2018 10:57 AM To: Marchant, Donna (DPU) Cc: Complaints Subject: RE: RE: Scoba Rhodes Good Morning, Thank you for your understanding as we investigated the allegations in this complaint. First we would like to offer our apologies for any inconvenience caused to Mr. Rhodes and his daughter. Our internal teams were hard at work in reaching Mr. Rhodes when the account ended its service with Liberty Power. We are confirming that on 4/8/2015 at 2:14 pm EST, Mr. Rhodes first agreed to enroll with Liberty Power as the electric supplier. During that time there were attempts to switch the service away from Liberty Power which prompted our internal team to contact Mr. Rhodes to understand if he had made any changes to his electric account. In listening to the 12/15/2017 conversation between Mr. Rhodes' daughter and our customer care team supervisor, we don't believe that she was aware of her father's original agreement(4/8/2015) and would like to reassure her that he did authorize the enrollment with Liberty Power. Again on 12/6/2017 at 11:55am EST, Mr. Rhodes agreed to enroll with Liberty Power as the electric supplier as evidenced by the attached TPV. When his daughter called us on 12/15/2017 to cancel the enrollment we had successfully submitted an immediate drop request to the utility preventing the account from being enrolled as scheduled. Also alleged was that someone had wrongfully gained her father's account information to submit this recent 12/6/17 agreement. We would like to take this opportunity to reassure her that this was not the case since Mr. Rhodes completed the attached TPV on 12/6/2017. To confirm, the enrollment of the account has been cancelled with no ETF and the contact information for Mr. Rhodes has been added to our DNC list to prevent future solicitations. If Mr. Rhodes or his daughter should have any questions or concerns we invite them to contact us at 866-769-3799. Please email any questions to complaints@libertypowercorp.com Best Regards, Compliance and Quality

KATZ 307684

Assurance Team complaints@libertypowercorp.com www.libertypowercorp.com 2100 W. Cypress Creek Rd., Suite 130 Fort Lauderdale, FL 33309

*01/16/2018 @ 8:55AM by **Donna Marchant***

From: Lynne Rhodes [mailto ▉▉▉▉▉▉ Sent: Monday, January 15, 2018 1:27 PM To: Marchant, Donna (DPU); leslie.sandberg@masenate.gov Subject: Fwd: User Added to Your Account Hi Donna, I just got off the phone with Liberty Power again. They said they will not stop calling me until I tell them who I have my power source from and what my rate is. I told them it was none of their business and to stop calling me. He said not going to happen. I said it was against the law what he is doing. I asked for his name to repeat it a second time and he gave me a different name than the first name he said when he first called. He said he was calling from Eversource and not Liberty Power until I pressed him. The phone number came up as an alias number. He said he'll just continue to call until I changed it or told him who I had. My caller ID reads Jason Reardon 508-212-1278. He said his name was Joe Tripiani. He said I could hang up when I wanted but he had a right to call. The call was at 13:07 hours today 01/15/18. I am also copying Julian Cyr's office on this email and will have a more complete conversation with his office. He was very demanding and predatory in insisting I do business with this company. Updating my status. Lynne

*01/09/2018 @ 8:32AM by **Donna Marchant***

From: Marchant, Donna (DPU) Sent: Tuesday, January 09, 2018 1:32 PM To: 'Lynne Rhodes' Subject: RE: User Added to Your Account Good Afternoon, I was out of the office yesterday. I am still waiting for a reply from Liberty. I emailed them this morning because I have yet to receive a reply from my two previous emails that I sent to their Regulatory Department. They stated they never received my two emails due to the fact that it migrated to their junk mail box which they are working to correct with their IT Dept. I did check with Eversource and there is no pending enrollment for Liberty to take over your supply services. Liberty assured me that they will put this account on their internal do not call list. Eversource has your supply services with Clean Choice energy since Oct 2017. I will follow up when I get a response from Liberty. Enjoy the rest of your week. Regards, Donna Marchant Compliance Officer Consumer Division Department of Public Utilities One South Station Boston, MA 02110 Phone: 617-305-3740 Fax: 617-305-3742

*01/09/2018 @ 8:32AM by **Donna Marchant***

From: Lynne Rhodes [mailto ▉▉▉▉▉▉ Sent: Monday, January 08, 2018 2:02 PM To: Marchant, Donna (DPU) Subject: Re: User Added to Your Account Donna, I have received 3 more calls from this Liberty power insisting I am their customer and I've even screamed at them to stop calling and to remove my number from their system. I also have mail they sent me confirming I am their customer and I have called them back to verify I am not. I do not know where to go to stop these harassing phone calls. My concern is my father who has a form of dementia may say something that they may coerce him into saying something to change my service to a more expensive service without understanding what he is doing. Please, I do not know how to stop these calls and this harassment. Help me, Lynne

*01/09/2018 @ 8:21AM by **Donna Marchant***

From: Allan Gubatan [mailto:agubatan@libertypowercorp.com] On Behalf Of Complaints Sent: Tuesday, January 09, 2018 11:38 AM To: Marchant, Donna (DPU) Cc: Complaints Subject: RE: RE: Scoba Rhodes Good Morning Ms. Marchant, Happy New Year to you and to the DPU team! Please accept our apologies for responding late. This is the first time that we received your correspondence on our complaints inbox. McAfee for some reason designated your email address as high risk and as a result the email was not allowed into our complaints inbox. Rest assured that we have now resolved this issue by sending the MA DPU's domain to our IT team to make sure the emails bypass McAfee. Liberty Power takes all concerns seriously and we will immediately conduct an investigation. We have placed Ms. Rhodes information to our Do Not Call and Do Not Knock lists. If any questions, please email us at complaints@libertypowercorp.com Thank You, Allan Gubatan Compliance and Quality Assurance Team complaints@libertypowercorp.com www.libertypowercorp.com 2100 W. Cypress Creek Rd. Suite 130 Fort Lauderdale, FL 33309

*01/09/2018 @ 5:33AM by **Donna Marchant***

From: Marchant, Donna (DPU) Sent: Tuesday, January 09, 2018 10:33 AM To:

KATZ 307685

'complaints@libertypowercorp.com' Subject: FW: RE: Scoba Rhodes Importance: High Good Morning, I have sent two previous emails and haven't heard anything. Could you please look into this. I did check with Eversource and she is with Clean Choice Energy since Oct 2017 and there is no pending order to switch. I need to confirm that she will not be switched and she wants to be put on Liberty's internal do not call list and refrain from any door to door sales. Please respond. Thank you. Donna Marchant Compliance Officer Consumer Division Department of Public Utilities One South Station Boston, MA 02110 Phone: 617-305-3740 Fax: 617-305-3742

*12/29/2017 @ 6:01AM by **Donna Marchant***

From: Marchant, Donna (DPU) Sent: Friday, December 29, 2017 11:01 AM To: Complaints (complaints@libertypowercorp.com) Subject: FW: RE: Scoba Rhodes Importance: High Good Morning, Just following up on this complaint. I haven't received a response on this email sent 12/15/17. Wishing everyone at Liberty Power a Happy New Year !! Regards, Donna Marchant Compliance Officer Consumer Division Department of Public Utilities One South Station Boston, MA 02110 Phone: 617-305-3740 Fax: 617-305-3742

*12/15/2017 @ 10:15AM by **Donna Marchant***

From: Marchant, Donna (DPU) Sent: Friday, December 15, 2017 3:15 PM To: Complaints (complaints@libertypowercorp.com) Subject: RE: Scoba Rhodes Importance: High Good Afternoon, Mr Rhodes daughter is calling on her father's behalf who is elderly and has Alzheimer. She claims Liberty Power calls the house all the time; 3x this past week. She wants this account put on your internal do not call list and refrain from door to door sales. She claims neither her or her dad authorized a switched in supply services and when she called Eversource she was told there is a pending order to switch supplier to Liberty. Please drop immediately and provide me proof of authorization. Thank you and wishing everyone at Liberty a safe and wonderful holiday season. Agent name: Donna Marchant Customer's name: Scoba Rhodes Customer's address: ██████████ East Falmouth MA 02536 Account number: ██████████ Home phone: 508 540 ████ Mobile phone: Date Opened: 12/16/2017 Company complaint is against: Liberty Power Holdings, LLC Description of case: daughter who moved in with her dad about 6 months ago because father has Alzheimer, he doesn't understand what he is doing. Liberty calls constantly 3 times this week and she told rep do not call house anymore. She said she called Eversource and there is a pending application to switch supply services claims/ no one authorized. she wants to take criminal action against Liberty for fraudulently setting up account without authorization.. Regards, Donna Marchant Compliance Officer Consumer Division Department of Public Utilities One South Station Boston, MA 02110 Phone: 617-305-3740 Fax: 617-305-3742

*12/15/2017 @ 10:03AM by **Donna Marchant***

told customer I will email Liberty

Attachments

Drag & drop or click here to add attachments

SAVE       DELETE

KATZ 307686