# Exhibit 8: Calibrus production of audio recording of November 27, 2017 call to Rhodes with native file name "211351573020171127.wav" (KATZ 307690)