# Exhibit 19 to Deposition of Michelle Castillo (LP _002515-1 to -11)

| | |
|---|---|
| **From:** | Darling Davin |
| **To:** | Darling Davin |
| **Subject:** | Telesales Channel Phone Number Log 2016-2017 2.2.17.xlsx |
| **Date:** | Monday, February 27, 2017 12:48:00 PM |
| **Attachments:** | Telesales Channel Phone Number Log 2016-2017 2.2.17.xlsx |



LP_002515-1.pdf

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable mar

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | IBP | 4103056352 | 8604708127 | 8472331238 | 4122001644 | 9083685078 | | | | | | | | |
| 2 | CLG | | | 309-300-1010 | | | | | | | | | | |
| 3 | MEZ | 5085236101 | | | | 9085470853 | | | | | | | | |
| 3 | MEZ | 508-202-1270 | | | | | | | | | | | | |
| 3 | MEZ | 845-288-8059 | | | | | | | | | | | | |
| 4 | PCA | 6174090084 | 8605168729 | 2172804261 | | | 6465938644 | | | | | | | |
| 5 | PCA | 9786311664 | | | | | 7184465272 | | | | | | | |
| 6 | PCA2 | 978 268 0657 | 203 760 0026 | | | | 516 370 4139 | | | | | | | |
| 7 | PCA2 | 617 209 4954 | 203 643 9344 | | | | 516 331 0560 | | | | | | | |
| 8 | PCA2 | 978 268 2600 | | | | | | | | | | | | |
| 9 | PCA4 | 9782375262 | 8604388090 | 3097274474 | 8146670160 | 7742080038 | 3152458483 | | | 4136282225 | | | | |
| 10 | SFC | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 |
| 11 | SFC | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 |
| 12 | EXC | 8575478813 | 8609691029 | | | 2012508677 | 5852131743 | | | | | | | |
| 13 | EXC | 4133462016 | 2035803086 | | | 2016274505 | 6078736375 | | | | | | | |
| 14 | EXC | 5086039920 | 8609690971 | | | 6097704745 | 7162172583 | | | | | | | |
| 15 | EXC | 4134180005 | | | | 2014266907 | 5852675177 | | | | | | | |
| 16 | EXC | | | | | 7323743693 | 8452050226 | | | | | | | |
| 17 | EXC | | | | | 8562381472 | 6072241468 | | | | | | | |
| 18 | EXC | | | | | 9739434926 | 8452050245 | | | | | | | |
| 19 | EXC | | | | | 9087604914 | | | | | | | | |
| 20 | SRY | | 305-590-8353 | 305-590-8353 | | | | | | | | | | |
| 21 | SRY | | 714-551-0080 | 714-551-0080 | | | | | | | | | | |
| 22 | SRY | | | 773-839-0188 | | | | | | | | | | |
| 23 | EAG1 | | 8602169879 | 8602169879 | | 8602169879 | | | | | | | | |
| 24 | EAG1 | | 8601227079 | 8601227079 | | 8601847460 | | | | | | | | |
| 25 | EAG1 | | 8888846143 | 7731457621 | | 9735362523 | | | | | | | | |
| 26 | EAG1 | | 2039835984 | 8601847460 | | | | | | | | | | |
| 27 | EAG1 | | 7731457621 | | | | | | | | | | | |
| 28 | EAG1 | | 8601847460 | | | | | | | | | | | |

| McDermet | Katz | DPU | Bosch | |
|---|---|---|---|---|
| 6179930071 | 5082021270 | 5085236101 | 2033084672 | 203-923-2874 |
| 4843788082 | 9782521724 | | 7742411006 | |
| 4135530444 | | | 8153154725 | |
| 5082105058 | | | 7742411006 | |
| 5082021270 | | | 8153154725 | |
| 8452888059 | | | | |
| 9782128888 | | | | |
| 2013517058 | | | | |

Sheet: "Channel Phone Number Log"

LP_002515-2.pdf

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable ma

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---------|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | IBP | 4103056352 | 8604708127 | 8472331238 | 4122001644 | 9083685078 | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable market.

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---------|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | CLG | | | 309-300-1010 | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

Sheet: "CLG"

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable ma

| #  | Channel | MA           | CT | IL | PA | NJ         | NY | DC | DE | MD | OH | ME | RI | TX |
|----|---------|--------------|----|----|----|------------|----|----|----|----|----|----|----|----|
| 1  | MEZ     | 5085236101   |    |    |    | 9085470853 |    |    |    |    |    |    |    |    |
| 2  | MEZ     | 508-202-1270 |    |    |    |            |    |    |    |    |    |    |    |    |
| 3  | MEZ     | 845-288-8059 |    |    |    |            |    |    |    |    |    |    |    |    |
| 4  |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 5  |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 6  |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 7  |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 8  |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 9  |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 10 |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 11 |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 12 |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 13 |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 14 |         |              |    |    |    |            |    |    |    |    |    |    |    |    |
| 15 |         |              |    |    |    |            |    |    |    |    |    |    |    |    |

Sheet: "MEZ"

LP_002515-5.pdf

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable ma

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PCA | 6174090084 | 8605168729 | 2172804261 | | | 6465938644 | | | | | | | |
| 2 | PCA | 9786311664 | | | | | 7184465272 | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

Sheet: "PCA"

LP_002515-6.pdf

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for ea

| # | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 978 268 0657 | 203 760 0026 | | | | 516 370 4139 | | | | | | | |
| 2 | 617 209 4954 | 203 643 9344 | | | | 516 331 0560 | | | | | | | |
| 3 | 978 268 2600 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | |

# Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable ma

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---------|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | PCA4 | 9782375262 | 8604388090 | 3097274474 | 8146670160 | 7742080038 | 3152458483 | | | 4136282225 | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable market.

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SFC | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 | 8885315596 |
| 2 | SFC | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 | 8666135881 |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |

# Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable ma

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---------|------------|------------|----|----|------------|------------|----|----|----|----|----|----|----|
| 1 | EXC | 8575478813 | 8609691029 |    |    | 2012508677 | 5852131743 |    |    |    |    |    |    |    |
| 2 | EXC | 4133462016 | 2035803086 |    |    | 2016274505 | 6078736375 |    |    |    |    |    |    |    |
| 3 | EXC | 5086039920 | 8609690971 |    |    | 6097704745 | 7162172583 |    |    |    |    |    |    |    |
| 4 | EXC | 4134180005 |            |    |    | 2014266907 | 5852675177 |    |    |    |    |    |    |    |
| 5 | EXC |            |            |    |    | 7323743693 | 8452050226 |    |    |    |    |    |    |    |
| 6 | EXC |            |            |    |    | 8562381472 | 6072241468 |    |    |    |    |    |    |    |
| 7 | EXC |            |            |    |    | 9739434926 | 8452050245 |    |    |    |    |    |    |    |
| 8 | EXC |            |            |    |    | 9087604914 |            |    |    |    |    |    |    |    |
| 9 |     |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 10 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 11 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 12 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 13 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 14 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 15 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 16 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 17 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 18 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |
| 19 |    |            |            |    |    |            |            |    |    |    |    |    |    |    |

## Outgoing Phone Numbers

List the phone number(s) customers see when your team dials out for each applicable market.

| # | Channel | MA | CT | IL | PA | NJ | NY | DC | DE | MD | OH | ME | RI | TX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SRY | | 305-590-8353 | 305-590-8353 | | | | | | | | | | |
| 2 | SRY | | 714-551-0080 | 714-551-0080 | | | | | | | | | | |
| 3 | SRY | | | 773-839-0188 | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |

Sheet: "SRY"

LP_002515-11.pdf

| General | Summary | Statistics | Contents | Custom |

Created: Tuesday, June 07, 2016 3:51:15 PM
Modified: Wednesday, April 24, 2019 12:53:14 PM
Accessed: Wednesday, April 24, 2019 12:53:18 PM
Printed: Thursday, January 26, 2017 8:52:50 AM

Last saved by: User
Revision number:
Total editing time:

OK    Cancel