Exhibit 11: Portions of Verizon telephone call records for Rhodes's residential landline (KATZ 307761-62, KATZ 307802)

```
===================    Subscriber       =====================
Verizon Case #: 18148388              Target #: 508-540-███
Docket/File #: 1:18-CV-10506-ADB
==============================================================
```

(Note from Verizon Security Assistance Team: Subscriber from 10/1/2017 to 7/19/2018)

Case Number 18148388
TN: 508540███

Customer Name: SCOBA RHODES
Service Address: ███████████
Service City: FAL
Service State: MA
Service Zip Code: 02536

Listing Name: RHODES, SCOBA F
Listing Address: ███████████

```
===================    Bill Address     =====================
Verizon Case #: 18148388              Target #: 508-540-███
Docket/File #: 1:18-CV-10506-ADB
==============================================================
```

Case Number 18148388
TN: 508540███
Primary BTN: 508540███
Billing Name: SCOBA RHODES
Billing Address: ███████████
Billing City: E FALMOUTH
Billing State: MA
Billing Zip Code: 02536

```
===================    Account Notes    =====================
Verizon Case #: 18148388              Target #: 508-540-███
Docket/File #: 1:18-CV-10506-ADB
==============================================================
```

| VZ Confidential Type | Creation Date | Text | Customer Name |
|---|---|---|---|
| Note | 7/12/2018 5:13:10 PM | wanted to get list of incoming calls, unable to get that | SCOBA RHODES |
| Note | 7/12/2018 4:49:31 PM | Account SafeGuarded with Account Number | SCOBA RHODES |
| Note | 6/24/2018 11:39:00 PM | REPAIR \| Circuit ID : VZEQEIVE \| Ticket : MAHM01KTQS \| Status : CLOSED \| Category : CR \| Reason : DSLR<br> Narrative : ADVISED OUTAGE CPE EXP SKIPPED \| Closed Time : 6/25/2018 10:51:00 AM EST \| Closeout Narrative : REPLACED CARD 7 ON MARN028099 | SCOBA RHODES |
| Permanent Note | 6/24/2018 11:37:20 PM | User Authenticated in VP by HBV; Party Is Authorized | SCOBA RHODES |
| Note | 2/24/2018 8:52:36 AM | verf thru vru, csr wanted a refresh link but called dropped | SCOBA RHODES |
| Permanent Note | 2/24/2018 8:48:26 AM | User Authenticated in VP by HBV; Party Is Authorized | SCOBA RHODES |

```
===================      Computer Search       ===================
Verizon Case #: 18148388             Target #: 508-540-████
Docket/File #: 1:18-CV-10506-ADB
==================================================================

(Note from Verizon Security Assistance Team: Computer Search from Nov 1 2017 4:00AM GMT to
Feb 1 2018  4:59AM GMT)

Computer Search Report for Originating and Terminating calls.
***Calls carried by other carriers should be confirmed with that carrier.***
***Originating numbers must be verified with all companies.***

Originating      Terminating      Call        Connect  Call      Time     Call
Number           Number           Date        Time     Duration  Source   Type
```

Confidential                                   KATZ 307762

Computer Search Report for Originating and Terminating calls.
***Calls carried by other carriers should be confirmed with that carrier.***
***Originating numbers must be verified with all companies.***

| Originating Number | Terminating Number | Call Date | Connect Time | Call Duration | Time Source | Call Type |
|---|---|---|---|---|---|---|
| | | | | | |  |
| 9999996082 | 5085406266 | 2017-12-06 | 21:51:26 | 0000:27 | G | Connecting Network Access Incoming Record |

Confidential                                    KATZ 307802