Slip Sheet for Exhibit 12: Recording of Mezzi Marketing, LLC's December 6, 2017 call to the Rhodes landline (KATZ 309210)