# Slip Sheet for Exhibit 13: Recording of Mezzi's January 8, 2019 call to the Rhodes landline (KATZ 309216)