Exhibit 14:June 17, 2019 court order from the probate court in Barnstable county appointing Rhodes as the personal representative of her father's estate (KATZ 379618-19)

| LETTERS OF AUTHORITY FOR SPECIAL PERSONAL REPRESENTATIVE | Docket No. BA19P0781EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|

| Estate of: Scoba Francis Rhodes, Sr. | Barnstable Probate and Family Court 3195 Main Street PO Box 346 Barnstable, MA 02630 (508)375-6710 |
|---|---|
| Date of Death: 06/23/2018 | |

To:

**Lynne Anne Rhodes**

███████████████████

You have been appointed and qualified as Special Personal Representative with authority to exercise powers granted in G.L. c. 190B, §3-715(b) on: _____ June 17, 2019 _____ .
(date)

**This appointment expires on:** _____ September 17, 2019 _____ .
(date)

These letters are proof of your authority to act pursuant to G.L. c. 190B, with the following:

☐ restrictions:

☒ additional powers granted by this Court:

**Power to represent the Estate in Katz v. Liberty Powers 18-cv-10506 and obtain all records from Eversource.**

☐ The Special Personal Representative was appointed before March 31, 2012 as Temporary Administrator, Temporary Executor, Special Administrator of this estate.

▼▼ (Do Not Write Below This Line-For Court Use Only) ▼▼
**CERTIFICATION**

I certify that it appears by the records of this Court that said appointment remains in full force and effect.  IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date _____ **June 17, 2019** _____

*Anastasia Welsh Perrino*

Anastasia W Perrino, Register of Probate

MPC 752 (3/31/12)

KATZ 379618

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Division _Barnstable_

Docket No. _BA19P0781EA_

Estate of
Scoola Rhodes
_Plaintiff/Petitioner_

v.

_Defendant/Respondent_

**MOTION FOR**

Special Appointment of PR
to maintain Court action

Now comes _Lynne Rhodes_, ○ Plaintiff  ○ Defendant  ⊘ Petitioner  ○ Respondent ,
_(name of moving party)_

in this action who requests:

Appointment of Special PR to represent the Estate in a pending
Action Katz v. Liberty Power 18-CV-10506-ABD in US District Court.
Said action was commenced prior to Ms. Rhodes's death under
DOA.

Date _5/13/19_

_(Signature of attorney or plaintiff, if pro se)_

John L. Fink
_(Print name)_

53 Arlington St.
_(Street address)_

Brockton          MA          02301
_(City/Town)_     _(State)_    _(Zip)_

Tel. No. _508 588 6900_

B.B.O. # _683290_

Ⓢ

**NOTICE OF HEARING**
This motion will be heard at the Probate and Family Court

In _____
_(city)_

on _____
_(month/day/year)_

at _____
_(time of hearing)_

The within motion is hereby ○ **ALLOWED** ○ ~~DENIED~~

A TRUE COPY
ATTEST

Anastasia Welsh Perrin
REGISTER

June 17 2019
_Date_

Angela M Ordonez
JUSTICE OF PROBATE AND FAMILY COURT

KATZ 379619          C.G.F.