Exhibit 15:June 26, 2017 Deposition Transcript
of *Samuel Katz in Slovin, et al., v. Sunrun Inc.,
et al.*, 4:15-cv-05340-YGR (N.D. Cal.)

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   ------------------------------------------------x

5   LYNN SLOVIN, an individual, on her own behalf

6   and on behalf of all others similarly situated,

7              Plaintiff,

8         v.

9   SUNRUN, INC., a California corporation,

10  CLEAN ENERGY EXPERTS, LLC,

11  a California limited liability company

12  doing business as SOLAR AMERICA,

13  and DOES 1-5, inclusive,

14             Defendants.

15  ------------------------------------------------x

16  Case No. 4:15-cv-05340-YGR

17  ------------------------------------------------x

18

19

20              June 26, 2017

21                   9:58 a.m.

22

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 19

1    yourself other than Samuel Katz?

2        A    Can you please clarify the question?

3        Q    Have you ever gone by any other name

4    other than Samuel Katz?

5        A    On an official document?

6        Q    In any capacity.

7        A    There are times when on illegal

8    telemarketing calls, I've either gone along with

9    a name that was read to me, or I have provided a

10   false name in an effort to determine who was

11   calling me.

12       Q    Is there any false name in particular

13   that you would use when you had used a false

14   name?

15       A    Dan Smith.  James McGill.

16       Q    Any others?

17       A    There might be.

18            I don't remember any others.

19       Q    I imagine you also go by Sam --

20       A    Yes.

21       Q    -- Katz?

22            Is there any other -- in any other

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 61

1    many demand letters that either you or an

2    attorney on your behalf have sent alleging

3    claims under the TCPA or a similar type statute?

4          MS. PARASMO:  Objection to form.

5    A     What do you mean by "demand letter"?

6    Q     A letter where you are writing to a

7    company asserting that you have a claim based

8    upon a call received and seeking money in

9    response.

10   A     Well, there is a number of situations

11   where I've sent letters and I'm not seeking any

12   money and I'm just looking for information on

13   who provided my information to that company.

14   Q     So let's talk -- let's divide them up,

15   then.

16         Let's talk about the letters where you

17   have actually made a demand -- a demand letter

18   where -- seeking compensation for the calls that

19   you received.

20   A     Even those -- you know, I'll state

21   monetary demand in an effort to get the

22   attention of someone because I know that if I

Page 62

1    just say I want information, they will brush me

2    off.  So there needs to be something to kind of,

3    you know, get them to respond, or get them to at

4    least, you know, have an attorney that I can

5    talk to or, you know, to try to gather

6    information.

7        Q    So how many times have you -- can you

8    approximate how many times since 2015 you have

9    sent a letter where you are asserting a claim

10   and seeking some form of compensation or relief?

11       A    You say a letter --

12            MS. PARASMO:  Objection to form.

13       A    -- what do you mean by "letter"?

14            Physical mail?

15       Q    It can be sent by e-mail.  It can be

16   sent by FedEx.  What I mean is a letter where --

17   an e-mail where you are saying:  I have a claim,

18   or an attorney is saying it for you, and you are

19   seeking money in response.

20       A    I don't know how many.

21       Q    Can you approximate?

22       A    No.

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 63

1    Q    Has it been more than 10?

2    A    I don't know.

3    Q    You don't know if it's been more or

4    less than 10?

5    A    It's been more than 10.

6    Q    Has it been more than 20?

7    A    I don't know.

8    Q    So you think it's somewhere between 10

9    and 20?

10   A    I don't -- it's difficult for me to

11   differentiate between a kind of formal,

12   well-laid-out demand letter where it's just

13   stating -- my understanding at least from

14   reading it online and looking at Googling things

15   and figuring out is that, you know, sometimes,

16   you know, it will be very short, you know,

17   quick, you know, just looking for information.

18        Sometimes it will be a little bit

19   longer if I think they might have more valuable

20   information.

21        So it really depends on the context

22   of -- you know, I wouldn't want to end up

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 92

1    the caller ID and the date and the time and the

2    phone number that it went to.

3        Q    Is there some sort of log that you

4    keep?

5        A    Yes.

6        Q    Ask it handwritten or typed?

7        A    It's typed.

8        Q    Approximately how long is the log?

9        A    I think it's approximately 2,000 or

10   2,400 rows.

11       Q    Would that mean there is approximately

12   2,000 or 2,400 calls reflected on those rows?

13       A    Yes.

14       Q    So each row gets a separate call?

15       A    Yes.

16       Q    Over what time have you been keeping

17   this log?

18       A    Since November of 2015.

19       Q    Why did you start keeping this log?

20       A    Because I spoke with Clinton Mayo --

21   Miaio, or however his name is said -- and he

22   gave me very crafty and guarded responses.  And

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 93

1    I thought that there was something going on that

2    he didn't want me to figure out -- the way that

3    he was saying things in the phone call.

4        Q    So based on that phone, call you

5    decided to start keeping a log.

6        A    I realized that if I was going -- if I

7    had a dispute with company like that that they

8    weren't going to take my concerns seriously

9    unless I had actual records of what happened.

10           Because they were just going to hide

11   behind these statements, like:  Well, I'm not

12   talking about the -- I'm just talking about the

13   demand letter.  I'm not talking about anything

14   else; and, you know, using -- obviously, they

15   know the right things to say and I don't because

16   I'm not an attorney.  So they are saying things

17   to try to protect themselves and hide something.

18       Q    These 2,400 rows that are on these

19   notes -- what is the most recent entry?

20           Does it bring us all the way up to

21   today?

22       A    No.

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 104



1       trial.

9       Q     Okay.  Let's talk about the phone

10      numbers that you use, Mr. Katz.

11            What phone numbers do you presently

12      use?

13            MS. PARASMO:   Objection to form.

14      A     I have a cellphone.  I have a Google

15      Voice number, and I have two landlines.

16      Q     Let's go through those.

17            What is your cellphone number?

18      A     ███████████.

19      Q     And your carrier for that number is

20      Verizon?

21      A     Yes.

22      Q     How long have you been -- are you the

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 118

1    didn't do it, or other stuff.

2          And I realized that I needed to keep

3    better records.

4      Q    That was June of 2016?

5      A    Yes.

6      Q    So did you get new phone numbers for

7    that purpose?

8      A    No, I already had my Google Voice

9    account.

10     Q    I want to go back to your FIOS records

11   for the ███ account.

12         And you said ███ is also Verizon?

13     A    Hm-hmm.

14     Q    Is that:  Yes?

15     A    Yes.

16     Q    What is your phone number on your

17   Google Voice account?

18     A    ██████████.

19     Q    When did you start using that phone

20   number?

21     A    Approximately 2004-2005.  I think it

22   was 2005, but I don't want to speculate too

Page 119

1    narrow of a window.

2       Q   Was that affiliated with Google Voice

3    at that time?

4       A   No.

5       Q   When did it become affiliated with

6    Google Voice?

7       A   When -- I think in 2011.  It might

8    have been 2012.

9          I'm not sure.

10      Q   Why did you move it over to Google

11    Voice?

12      A   Because it was a phone number I had

13    historically used.  And I didn't want people

14    that had that way of contacting me to lose

15    contact with me when I got a new phone number.

16      Q   Is that the only phone number you have

17    on which you use Google Voice?

18      A   Yes.

19      Q   So let's -- before we talk about

20    Google Voice, I want to go back to talk about

21    your ███ phone number and the records that you

22    are able to access on your FIOS account.

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 130

1    what I'm saying?

2        Q    I guess.  Okay.

3            Have you ever maintained any phone

4    line for the purpose of receiving calls that you

5    claim that are in violation of TCPA?

6        A    No.

7            MS. PARASMO:  Objection.

8            Just let me get my objections in.

9            THE WITNESS:  All right.

10            MS. PARASMO:  I know you are eager to

11    answer.

12    BY MS. MAZZUCHETTI:

13        Q    So, you know, I apologize if I asked

14    this before.

15            But on the timing of when you started

16    forwarding to the ▇▇▇ number, when did you

17    begin forwarding calls from the ▇▇▇ number to

18    your ▇▇▇ number?

19        A    Approximately June of 2016.

20        Q    When did you begin forwarding calls

21    from your ▇▇▇ number to the ▇▇▇ number?

22        A    The same period of time.

Page 199

1   date, then it had to have been provided to me

2   from one of those attempts to either confirm or

3   check when it was registered.

4       Q    But you yourself never registered this

5   number?

6       A    If I didn't register it, it's because

7   it wouldn't allow me to re-register it because

8   it was already on the list.

9       Q    Do you know whether anybody else in

10  your household attempted to register the number?

11      A    I don't think my wife would have.  In

12  either case, neither one of us had this phone

13  number in 2003.

14      Q    Okay.

15           Did you actually register the 6565

16  number on January 3rd, 2013?

17      A    Yes.

18      Q    Is that something you yourself did?

19      A    Yes.

20      Q    Did you register the ███ number on

21  April 29, 2016?

22      A    Yes.

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 200

1    Q    Did you register the █████ number on

2    February 2nd, 2008?

3    A    Yes.

4    Q    We are going to get into the rest of

5    interrogatory No. 12 -- another the response,

6    but we are going to go to another document.

7         But before we do that, I would like

8    you to turn to page 43 of the supplemental

9    responses which asked you to:  Identify all

10   lawsuits or threatened lawsuits or claims in

11   which you have been involved in any capacity.

12        I will just point you to page 44 which

13   identifies a series of TCPA lawsuits.

14        Do you see that?

15   A    Yes.

16   Q    There are nine lawsuits listed

17   including this one.

18        Is that correct?

19   A    That's correct.

20   Q    So let's talk about Katz v. Starion

21   Energy.

22        Is that lawsuit active today?

Samuel Katz - June 26, 2017
THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION

Page 328

1      Q    Can you tell me how that works -- like

2   how you set up such a feature?

3      A    It's a setting.

4      Q    So what -- do you program your Verizon

5   phone every time you receive a call, you would

6   get an e-mail indicating that the call was

7   received?

8      A    It's a feature that Verizon offers to

9   all of their customers.

10     Q    What phone numbers did you use this

11  for?

12     A    My ███ number and my ███ number.

13     Q    Is this something that's available

14  only on landlines?

15         Or can you also receive the same type

16  of reporting on wireless numbers?

17     A    I don't know.

18     Q    Have you ever tried to use it on a

19  wireless number?

20     A    No.

21     Q    So what I would like to do -- I

22  arranged these in chronological order.