Exhibit 19:Verizon email call records reflecting Mezzi's calls to Katz's landline from 508-202-1270 (KATZ 000001-14)

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ▮ |
| Date: | 9/8/2016 9:17:11 |
| Subject: | Call Notification from 5082021270 - Framingham MA at Sep 8, 2016 12:17:11 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ▮ |
| Date: | 9/8/2016 9:23:44 |
| Subject: | Call Notification from 5082021270 - Framingham MA at Sep 8, 2016 12:23:44 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ▬ |
| Date: | 9/8/2016 9:23:46 |
| Subject: | Call Notification from 5082021270 - Framingham MA at Sep 8, 2016 12:23:46 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ▬▬▬▬▬▬▬▬ |
| Date: | 9/8/2016 9:29:45 |
| Subject: | Call Notification from 5082021270 - Framingham MA at Sep 8, 2016 12:29:45 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ███████████ |
| Date: | 9/8/2016 9:35:56 |
| Subject: | Call Notification from 5082021270 - Framingham MA at Sep 8, 2016 12:35:56 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ███████████ |
| Date: | 9/8/2016 9:23:51 |
| Subject: | Call Notification from 15082021270 - at Sep 8, 2016 12:23:51 PM |

KATZ 000006

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | |
| Date: | 9/8/2016 9:36:19 |
| Subject: | Call Notification from 15082021270 - at Sep 8, 2016 12:36:19 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ███████████ |
| Date: | 9/23/2016 12:42:58 |
| Subject: | Call Notification from 15082021270 - at Sep 23, 2016 3:42:58 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ███████████ |
| Date: | 9/27/2016 13:24:47 |
| Subject: | Call Notification from 15082021270 - at Sep 27, 2016 4:24:47 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | ███████████ |
| Date: | 10/3/2016 10:27:28 |
| Subject: | Call Notification from 5082021270 - Framingham MA at Oct 3, 2016 1:27:28 PM |

| | |
|---|---|
| From: | "noreply@verizon.net <>" <noreply@verizon.net> |
| To: | |
| Date: | 10/3/2016 10:29:24 |
| Subject: | Call Notification from anonymous at Oct 3, 2016 1:29:24 PM |

KATZ 000011

| | |
|---|---|
| From: | "Samuel Katz" ▮ |
| To: | customercare@libertypowercorp.com |
| | complaints@libertypowercorp.com |
| | david.hernandez@libertypowercorp.com |
| Date: | 10/3/2016 11:25:42 |
| Subject: | Please Stop Calling me |

Hello,

I would like to request that your company stop calling me and add me to your company's do not call list.

617 997 ▮
508 966 ▮
978 877 ▮

I would also like to request a copy of your do not call policy.


Thanks,
Sam

| | |
|---|---|
| From: | "Samuel Katz" <span style="background:black">█████████</span> |
| To: | "Customer Care" <customercare@libertypowercorp.com> |
| Date: | 10/3/2016 16:37:48 |
| Subject: | RE: Please Stop Calling me |

The calls were claiming to be made on behalf of eversource. I've been receiving them for months. Did your company make all of those calls?

On Oct 3, 2016 2:38 PM, "Customer Care" <customercare@libertypowercorp.com> wrote:

> Hello,
>
> We do apologize for any inconvenience. We have submitted your request to have the below numbers added the Do not call list. Can you please also provide what state you are located in?
>
> Should you have any questions, please contact Liberty Power's Customer Care Team, Monday through Friday 8:30 AM to 8:00 PM or on Saturday & Sunday 10 AM to 6 PM EST at 1-866-POWER-99 (1-866-769-3799).
>
> You may also contact us via LiveChat by visiting our website at www.libertypowercorp.com or email us at customercare@libertypowercorp.com and we'll be happy to assist you!
>
> Best Regards,
>
> **Jose Flores**
> Customer Care Specialist
>
> [O]  866.769.3799
>
> [F]  954.208.0207



[www.libertypowercorp.com](www.libertypowercorp.com)

1901 W. Cypress Creek Rd., Suite 600, Fort Lauderdale, FL 33309

**From:** Samuel Katz [mailto:]
**Sent:** Monday, October 03, 2016 2:26 PM
**To:** Customer Care; Complaints; David Hernandez
**Subject:** Please Stop Calling me

Hello,

I would like to request that your company stop calling me and add me to your company's do not call list.

617 997

508 966

978 877

I would also like to request a copy of your do not call policy.

Thanks,

Sam

The information contained in this transmission may contain confidential and proprietary information. It is intended only for the use of the person(s) named above. Intended recipients are reminded of