# Slip Sheet for Exhibit 20: Recording of first October 3, 2016 call from 508-202-1270 to Samuel Katz (KATZ 379616)