# Slip Sheet for Exhibit 21: Recording of second October 3, 2016 call from Mezzi to Samuel Katz (KATZ 000185)