UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ and LYNNE RHODES, individually, and on their own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>LIBERTY POWER CORP., LLC, LIBERTY POWER HOLDINGS, LLC, Delaware limited liability companies,<br><br>    Defendants. | No. 1:18-cv-10506<br><br>**PLAINTIFFS' WITHDRAWAL OF THEIR MOTION TO COMPEL PRODUCTION OF COMPLETE CALIBRUS CALL RECORDS** |
| LIBERTY POWER CORP., LLC, and LIBERTY POWER HOLDINGS, LLC,<br><br>    Third-Party Plaintiffs,<br> v.<br><br>MEZZI MARKETING, LLC,<br><br>    Third-Party Defendant. | |

  Plaintiffs Samuel Katz and Lynne Rhodes ("Plaintiffs"), hereby withdraw their motion for an order compelling Liberty Power Corp., LLC and Liberty Power Holdings, LLC's ("Defendants") to produce a complete set of call records from Calibrus Call Center Services, LLC ("Calibrus") (ECF No. 246).

  1. Plaintiffs asked Defendants for Calibrus records on November 4, and asked for a complete set of Calibrus records on November 18. Plaintiffs filed their motion on December 7. (ECF No. 246.) Plaintiffs now withdraw that motion, as Defendants produced a complete set of Calibrus records on December 14.

  2. Plaintiffs are mindful of the Court's deadlines, which have prompted Plaintiffs to take action now to ensure discovery which lays the foundation for class certification and amending their complaint is timely completed by the Court's deadline.

3. Plaintiffs are also mindful of the holiday season. On December 11, Plaintiffs filed a motion for a privilege log and other discovery relief (ECF No. 247). Defendants' response would ordinarily be due on December 28, 2020. *See* LR 7.1(b)(2). On December 12, Plaintiffs offered to continue that motion until January 4, 2021. Plaintiffs' offer remains open.

WHEREFORE, Plaintiffs withdraw their December 7 motion for a complete copy of the Calibrus records. (ECF No. 246.)

Dated: December 15, 2020    By:    s/Ethan Preston
Ethan Preston
ep@eplaw.us
**PRESTON LAW OFFICES**
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

Yitzchak H. Lieberman
ylieberman@parasmoliebermanlaw.com
Grace E. Parasmo
gparasmo@parasmoliebermanlaw.com
**PARASMO LIEBERMAN LAW**
7400 Hollywood Boulevard, Suite 505
Los Angeles, California 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

David C. Parisi
dcparisi@parisihavens.com
Suzanne Havens Beckman
shavens@parisihavens.com
**PARISI & HAVENS LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111

Telephone: (818) 990-1299
Facsimile: (818) 501-7852

*Attorneys for Plaintiff Plaintiffs Samuel Katz and Lynne Rhodes, on their own behalf, and behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I, Ethan Preston, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 15, 2020    By:    s/Ethan Preston
                                   Ethan Preston