UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ and LYNNE RHODES, individually, and on their own behalf and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>LIBERTY POWER CORP., LLC, *et al.*,<br><br>        Defendants.<br>_____<br>LIBERTY POWER CORP., LLC, and LIBERTY POWER HOLDINGS, LLC,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>MEZZI MARKETING, LLC,<br><br>        Third-Party Defendant.<br>_____<br>LIBERTY POWER CORP., LLC,<br><br>        Counterclaim-Plaintiff,<br><br>v.<br><br>SAMUEL KATZ,<br><br>        Counterclaim-Defendant. | Case No. 1:18-cv-10506-ADB-DLC |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'**
<u>**SECOND AMENDED COMPLAINT**</u>

Defendants Liberty Power Corp., LLC, and Liberty Power Holdings, LLC (collectively, "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(1), move to dismiss Plaintiffs' Second Amended Complaint (ECF No. 109) for lack of subject matter jurisdiction.  In support

thereof, Defendants refer the Court to the accompanying Memorandum in Support filed simultaneously herewith.

Dated:  January 15, 2021

Respectfully Submitted,

**Defendants Liberty Power Corp., LLC and Liberty Power Holdings, LLC**

By Their Attorneys:

*/s/ Jeffrey Brundage*
Charles A. Zdebski (*pro hac vice* )
czdebski@eckertseamans.com
Jeffrey P. Brundage (*pro hac vice*)
jbrundage@eckertseamans.com
ECKERT SEAMANS CHERIN
          & MELLOTT, LLC
    1717 Pennsylvania Ave, NW, Suite 1200

Washington, D.C. 20006
Telephone: (202) 659-6676
Facsimile: (202) 659-6676

Craig R. Waksler (B.B.O. # 566087)
cwaksler@eckertseamans.com
ECKERT SEAMANS CHERIN
          & MELLOTT, LLC
Two International Place
16th Floor
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile: (617) 342-6899

*Counsel for Defendants Liberty Power Corp., LLC and Liberty Power Holdings, LLC*

## **LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE**

I, Charles A. Zdebski, counsel for Defendants, hereby certify that on December 8, 2020, at approximately 3:00 pm EST, I conferred telephonically with counsel for the Plaintiffs Shaun Lieberman who opposed the relief sought herein.

*/s/ Charles A. Zdebski*
Charles A. Zdebski

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) to:

>John L. Fink, Esq.
>FINK LAW OFFICE
>18 Lyman Street, Suite 208
>J&N Professional Building
>Westborough, Massachusetts  01581
>*Co-Counsel for Plaintiff*
>
>David C. Parisi, *Pro Hac Vice*
>Suzanne Havens Beckman, *Pro Hac Vice*
>PARISI & HAVENS LLP
>212 Marine Street, Unit 100
>Santa Monica, CA  90405
>*Co-Counsel for Plaintiff*
>
>Yitzchak H. Lieberman, *Pro Hac Vice*
>Grace E. Parasmo, *Pro Hac Vice*
>PARASMO LIEBERMAN LAW
>7400 Hollywood Blvd., Suite 505
>Los Angeles, CA  90046
>*Co-Counsel for Plaintiff*
>
>Ethan Mark Preston, *Pro Hac Vice*
>Preston Law Offices
>4054 McKinney Avenue
>Suite 310
>Dallas, TX 75204
>*Co-Counsel for Plaintiff*

>>*/s/ Jeffrey Brundage*
>>Jeffrey Brundage