UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KATZ, *et al.*, individuals, on their own behalf and on behalf of all others similarly situated,<br>            *Plaintiffs*,<br><br>      v.<br><br>LIBERTY POWER CORP., LLC, *et al.*,<br>            *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-10506-ADB-DLC<br>)<br>)<br>)<br>) |

## SUGGESTION OF BANKRUPTCY

Please be advised that on April 20, 2021, Defendant Liberty Power Holdings, LLC ("Liberty Power") filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code. Liberty Power's bankruptcy is now pending in the United States Bankruptcy Court for the Southern District of Florida, Case No. 21-13797-PDR.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362 of the Bankruptcy Code, the filing of the bankruptcy stays, among other things, the initiation or continuation of judicial, administrative, or other actions or proceedings against the debtor Liberty Power or any act to obtain possession of or exercise control over the property of Liberty Power.

**LIBERTY POWER CORP., LLC,**
**LIBERTY POWER HOLDINGS, LLC,**

By their attorneys,

Craig R. Waksler (B.B.O. # 566087)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA  02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
cwaksler@eckertseamans.com

/s/ *Jeffrey P. Brundage*
Charles A. Zdebski (*pro hac vice*)
Jeffrey P. Brundage (*pro hac vice*)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC  20006
Telephone:  202-659-6676
Facsimile:  202-659-6699
Email: czdebski@eckertseamans.com
Email:  jbrundage@eckertseamans.com

## CERTIFICATE OF SERVICE

I, Jeffrey Brundage, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 21, 2021

/s/ *Jeffrey P. Brundage*
Jeffrey P. Brundage