Exhibit 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                    Case No. 21-13797-BKC-SMG

LIBERTY POWER HOLDINGS, LLC,              Chapter 11

        Debtor.

_____/

### ASSIGNEE'S MOTION FOR ADEQUATE PROTECTION AND RESERVATION OF RIGHTS

Now comes Philip J. Von Kahle, as Assignee (the "Assignee") in the Assignment for the Benefit of Creditors of Liberty Power Corp., LLC ("LPC"), and files his Motion for Adequate Protection and Reservation of Rights pursuant to 11 U.S.C. §§ 361 and 363(e), and in support states as follows:

### Preliminary Statement

The Assignee enters this fray following the Court's entry of several orders that affect LPC's interests in its own assets. At the very least, LPC is entitled to compensation for the Debtor's use, from the Petition Date forward, of LPC's assets. Otherwise, LPC, which is a creditor of this bankruptcy estate and has its own creditors and operating expenses, will unduly shoulder the administrative burden of this bankruptcy case.

### Relevant Facts

1.      The facts related to LPC and the Debtor's pre-petition business relationship are well documented in other pleadings filed by LPC before this Court.

2.      On April 20, 2021 (the "Petition Date"), Liberty Power Holdings, LLC (the "Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the U.S. Code.

3.      On or about April 21, 2021, the Debtor filed the *Emergency Motion to Compel (i) Turnover of All Books, Records, Systems and Processes Related to the Debtor and its Operations in the Possession and Control of Liberty Power Corp., LLC, (ii) Access to Corporate Premises, and (iii) for Related Relief* (ECF No. 11) (the "Motion to Compel").  On April 22, 2021, LPC filed its *Response to Debtor's Emergency Motion to Compel* [] (ECF No. 23).

4.      The Motion to Compel was heard on an emergency basis on April 22, 2021.  On April 23, 2021, the Court entered the *Order Granting the Debtor's Emergency Motion to Compel* [] (ECF No. 29) (the "Turnover Order"), which granted the Motion to Compel in its entirety, including directing LPC to

> a.  "provide immediate access and turnover to the Debtor, through the CRO and BRG, of all books, records, systems and processes of and related to the operation of the Debtor's business;"
>
> b.  "provide the Debtor with full access and use of [LPC]'s systems and process so as to enable the Debtor to operate its business pending further order of the Court;"
>
> c.  "provide the Debtor, through the CRO and BRG, immediate access to [LPC's] corporate premises;" and
>
> d.  "cooperate and comply with any and all other requests of the Debtor (through the CRO) for documents and information necessary for the Debtor to continue its operations and comply with its obligations under the Bankruptcy Code."

Turnover Order, ¶¶ 2-5.  The Turnover Order further enjoined LPC from "taking any action against or in respect of property of the Debtor's estate."  Turnover Order, ¶ 7.

5.      On April 30, 2021, LPC filed its *Expedited Motion for Clarification of Court's Order Granting Debtor's Emergency Motion to Compel* [] (ECF No. 61) (the "Motion to Clarify"), in which LPC sought clarification from the Court on whether the Turnover Order allowed the Debtor access and use of <u>LPC's assets</u>, or merely access to the <u>Debtor's own</u> books, records, assets, etc.  Specifically, the Motion to Clarify noted the Debtor's CRO sought access to LPC's property and assets, including:

      a.   LCP's systems;

      b.   Proprietary software;

      c.   Database structures and data design;

      d.   Laptops and computers;

      e.   Excel models and spreadsheets;

      f.   Documented processes;

      g.   Historical analyses, reports, valuations, research, and related items;

      h.   Internal communications of LPC related to anything other than the Debtor's data and assets;

      i.   Brands, such as trademarks, websites, website content, logos, and tag lines; and

      j.   Contract forms

(altogether, "LPC's Assets").  Motion to Clarify, ¶ 11.

6.      Both the Debtor and its lender filed responses to the Motion to Clarify (*see* ECF Nos. 66, 68), in which they acknowledge that payment has been routinely made by the Debtor to LPC for access to LPC's systems and assets, as well as services under the Management Services Agreement, but that the Debtor is unable to pay because LPC has not supplied an invoice or otherwise requested payment.  However, it is the Assignee's understanding that the personnel with

the necessary knowledge of, and access to, information needed to prepare such invoice are now employed by the Debtor, leaving LPC unable to make the request.

7.     The Motion to Clarify was heard on May 6, 2021, and the following day, the Court entered the *Order Denying Liberty Power Corp., LLC's Expedited Motion for Clarification of Court's Order Granting Debtor's Emergency Motion to Compel* [] (ECF No. 83) (the "Clarification Order"), in which the Court denied LPC's request for clarification without prejudice to LPC filing a motion for adequate protection.

8.     On May 14, 2021, LPC executed an assignment of substantially all of its assets to the Assignee for the benefit of its creditors, pursuant to Florida Statute, Chapter 727.  On May 19, 2021, the Assignee commenced the case styled *In re the Assignment for the Benefit of Creditors of Liberty Power Corp., LLC*, Case No. CACE-21-010056, pending in the Seventeenth Judicial Circuit, in and for Broward County, Florida (the "Assignment Case").

9.     Attached hereto at **Exhibit 1** is a true and correct copy of the Petition for Assignment for Benefit of Creditors, including LPC's Schedule of Assets attesting under oath to LPC's ownership of the LPC Assets.

10.     By this Motion, the Assignee seeks entry of an order directing the Debtor to make payable to the Assignee current and continuing adequate protection payments for the Debtor's post-petition access to and use of the LPC's Assets.[1]

### **Request for Adequate Protection**

11.     Section 363(e) of the Bankruptcy Codes provides that:

---

[1] By filing this Motion, the Assignee does not concede that adequate protection is the appropriate or sole remedy available to LPC or the Assignee on its behalf.  The Assignees seeks this relief based upon the history of this case, the current posture, and the statements of the Debtor, the lender, and the Court on the record.  The Assignee reserves all rights in respect of LPC's Assets and the Debtor's use and occupancy of same.

> Notwithstanding any other provision of this section, at any time, on request of an entity that has an interest in property used, sold, or leased, or proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, *shall prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest*…

11 U.S.C. § 363(e) (*emphasis added*).

12.     The language of § 363(e) is non-discretionary: if a party with an interest in property used by the debtor makes a request for adequate protection, the court is required to condition that use on providing the interested party with adequate protection.  *See, e.g., In re Metromedia Fiber Network, Inc.*, 290 B.R. 487, 491 (Bankr. S.D.N.Y. 2003) (after a secured creditor was ordered to turnover property to the debtor pursuant to 11 U.S.C. § 542, the bankruptcy court later provided that creditor with adequate protection holding "[s]ection 363(e) is not permissive or discretionary" and required payment of adequate protection, even if it was not ordered at the time of turnover). Accordingly, the Court here must either prohibit use of the LPC Assets or provide for adequate protection for their use.

13.     When adequate protection is required, a debtor may provide such protection by: (i) upfront cash payments; (ii) granting a replacement lien; or (iii) granting other related relief, other than a deferred administrative expense, amounting to the indubitable equivalent of the protected party's interest in the property.  11 U.S.C. § 361.  Here, a "replacement lien" is inadequate relief as the property being used and accessed by the Debtor is owned by LPC; these are not assets in which LPC has mere lien rights.  Further, although the Debtor has yet to file any schedules in this case, LPC does not believe the Debtor has any unencumbered assets against which it could provide a replacement lien.

14.     Despite the fact that the Debtor has claimed access to LPC's premises and assets are necessary and essential for the operation of its business, the Debtor has notably failed to include

LPC in either of its <u>two</u> critical vendor motions (*see*, ECF Nos. 45, 77), nor can payments to LPC be discerned on the Debtor's DIP budget, if they are, in fact, included (*see*, ECF No. 86, Exh. B).

15.     To determine the appropriate amount of adequate protection, the Assignee requires access to the LPC computers and accounting system currently under the use and control of the Debtor.  Additionally, the Assignee requests access to the finance personnel, also currently employed by the Debtor, who have the knowledge and information needed to access the historical and current expense records to determine the amount of expenses incurred by LPC during the Debtor's use and occupancy.

16.     Provided the Assignee is afforded the requisite access to LPC's books and records, he will, prior to a hearing on this Motion, supplement the Motion with a calculation of the adequate protection requested.

17.     In the absence of such assess, the Assignee respectfully requests that the Court: (i) enter an order authorizing and directing the Debtor to make adequate protection payments to the Assignee in such amounts as may be agreed by the Debtor and the Assignee; or alternatively (ii) enter an order determining the Assignee's entitlement to adequate protection payments but reserving on the amount of an appropriate award until such time as the Assignee supplements this Motion as set forth above.

<u>**Reservation of Rights**</u>

18.     The Assignee, hereby reserve all rights to the LPC Assets, including any and all rights under the Management Services Agreement between LPC and the Debtor, and all rights afforded to it under the Bankruptcy Code and applicable non-bankruptcy law.  The Assignee reserves the right to supplement or amend this request for adequate protection as additional information becomes available.

WHEREFORE, Philip J. Von Kahle, as Assignee in the Assignment for the Benefit of Creditors of Liberty Power Corp., LLC, respectfully requests this Court enter an order: (i) granting this Motion; (ii) directing the Debtor to permit the Assignee access to the records and personnel necessary to obtain its historical and current expenses; (iii) granting the Assignee payment of adequate protection in an amount to be determined; and (iv) granting any other and further relief the Court deems just and proper.

Respectfully submitted,

BAST AMRON LLP
*Counsel for Philip J. von Kahle as Assignee for*
*Liberty Power Corp., LLC*
SunTrust International Center
One Southeast Third Ave., Suite 1400
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email: jbast@bastamron.com
Email: dquick@bastamron.com

By: */s/ Dana R. Quick*
     Jeffrey P. Bast (FBN 996343)
     Dana R. Quick (FBN 074402)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF to all parties registered to receive such service in this case and via U.S. Mail to the parties listed below on May 21, 2021.

By: _/s/ Dana R. Quick_____

Dana R. Quick, Esq.

## VIA CM/ECF

- Scott Andron    sandron@broward.org, swulfekuhle@broward.org
- Stephen J Bagge  sbagge@baggelaw.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com; chopkins@gjb-law.com; jzamora@gjb-law.com; gjbecf@ecf.courtdrive.com; vlambdin@gjb-law.com
- Jason B Binford  jason.binford@oag.texas.gov
- Albert A Ciardi    aciardi@ciardilaw.com, sfrizlen@ciardilaw.com; dtorres@ciardilaw.com
- Jonathan F Dinerstein    jonathan.dinerstein@mass.gov
- Alexandra A Fahringer    afahringer@schnader.com
- Robert C Folland  rob.folland@btlaw.com, courtney.dunham@btlaw.com
- Mariaelena Gayo-Guitian mguitian@gjb-law.com, gjbecf@gjb-law.com; vlambdin@gjb-law.com; cesser@gjb-law.com; chopkins@gjb-law.com; gjbecf@ecf.courtdrive.com
- Eric Goldstein    egoldstein@goodwin.com, bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com
- Daniel N Gonzalez    dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; gonzalez@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
- Jordi Guso jguso@bergersingerman.com, fsellers@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com
- Heather L Harmon    HHarmon@gjb-law.com, gjbecf@gjb-law.com; ecastellanos@gjb-law.com; gjbecf@ecf.courtdrive.com; jzamora@gjb-law.com
- Kevin M Lippmanklippman@munsch.com
- Office of the US Trustee  USTPRegion21.MM.ECF@usdoj.gov
- Deborah M Perry  dperry@munsch.com
- Ethan M Preston  ep@eplaw.us
- Timothy J Reppucci    timothy.reppucci@mass.gov
- Abigail R Ryan    abigail.ryan@oag.texas.gov
- J. Steven Wilkes   steven.wilkes@usdoj.gov

## VIA U.S. MAIL

Bob Butler
810 Seventh Avenue, Suite 4100
New York, NY 10019

Breton Leone-Quick
One Financial Center
Boston, MA 02111

Abigail OBrient
Century Plaza Towers
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

Case 21-105797-SMG Document 130-1 Filed 05/21/21 Page Page 36 of 37

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

In re:                                    COMPLEX CIVIL LITIGATION DIV.

ASSIGNMENT FOR THE BENEFIT OF            Case No. ___CACE-21-010056___
CREDITORS OF

      LIBERTY POWER CORP., LLC,

            Assignor,

To:    PHILIP J. VON KAHLE,

            Assignee.

_____/

## PETITION FOR ASSIGNMENT FOR BENEFIT OF CREDITORS

Petitioner, Philip J. Von Kahle ("Von Kahle" or "Assignee"), as Assignee for the Benefit of Creditors of Assignor, Liberty Power Corp., LLC ("Liberty" or "Assignor"), by and through undersigned counsel, and in accordance with Chapter 727 of the Florida Statutes, respectfully shows:

1.      This is a Petition for Assignment for the Benefit of Creditors. This Court has jurisdiction of the proceeding in accordance with the provisions of Florida Statutes, Section 727.101, *et. seq.*

2.      The Assignor has its principal place of business at 2100 West Cypress Creek Road, Suite 130, Fort Lauderdale, Florida 33309.

3.      The Assignee has his offices at Michael Moecker & Associates, Inc., 1883 Marina Mile Blvd., Suite 106, Fort Lauderdale, Florida 33315.

4.      The Assignor is indebted to creditors and is unable to pay its debts and through this Assignment seeks to provide for payment of its debts within its resources.

**EXHIBIT 1**

5.      A copy of the Assignment, together with Schedules A and B thereto, is attached only to the original Petition, which is being filed with the Court.

6.      Pursuant to Florida Statutes, Section 727.111, the Assignee shall provide the statutorily required notice to all creditors of this Assignment.

WHEREFORE, Petitioner prays for relief through entry of an assignment for the benefit of creditors.

Dated: May 19, 2021

Respectfully submitted,

BAST AMRON LLP
*Proposed Attorneys for Assignee*
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
Telephone:  305.379.7904
Facsimile:   305.379.7905
Email: jbast@bastamron.com
Email: dquick@bastamron.com

By: */s/ Dana R. Quick*
        Jeffrey P. Bast, Esq. (FBN 996343)
        Dana R. Quick, Esq. (FBN 0074402)

## ASSIGNMENT

THIS ASSIGNMENT is made on May **13**, 2021 between Liberty Power Corp., LLC, with a principal place of business at 2100 West Cypress Creek Road, Suite 130, Fort Lauderdale, Florida 33309, hereinafter "ASSIGNOR", and Philip J. Von Kahle whose address is Michael Moecker & Associates, 1883 Marina Mile Blvd., Suite 106, Fort Lauderdale Florida 33315, hereinafter "ASSIGNEE".

WHEREAS, the ASSIGNOR has been engaged in the business of providing electricity as a retail provider in numerous states within the USA.

WHEREAS, the ASSIGNOR is indebted to creditors, as set forth in Schedule A annexed hereto, is unable to pay its debts as they become due, and is desirous of providing for the payment of its debts, so far as it is possible by an assignment of all of its assets for that purpose.

NOW, THEREFORE, the ASSIGNOR, in consideration of the ASSIGNEE'S acceptance of this Assignment, and for other good and valuable consideration, hereby grants, assigns, conveys, transfers, and sets over, unto the ASSIGNEE, his successors and assigns, all of its assets, except such assets as are exempt by law from levy and sale under an execution, including, but not limited to, all real property, fixtures, goods, stock, inventory, equipment, furniture, furnishings, accounts receivable, bank deposits, cash, promissory notes, cash value and proceeds of insurance policies, claims and demands belonging to the ASSIGNOR, and all books, records, and electronic data pertaining to all such assets, wherever such assets may be located, hereinafter the "ESTATE," and which assets are, to the best knowledge and belief of the ASSIGNOR, set forth on Schedule B annexed hereto.

The ASSIGNEE shall take possession of, and protect and preserve, all such assets and administer the ESTATE in accordance with the provisions of Chapter 727, Florida Statutes, and

1

shall liquidate the assets of the ESTATE with reasonable dispatch and convert the ESTATE into money, collect all claims and demands hereby assigned as may be collectible, and pay and discharge all reasonable expenses, costs and disbursements in connection with the execution and administration of this Assignment from the proceeds of such liquidation and collections.

The ASSIGNEE shall then pay and discharge in full, to the extent that funds are available in the ESTATE after payment of administrative expenses, costs, and disbursements, all of the debts and liabilities now due from the Assignor, including interest on such debts and liabilities. If funds of the ESTATE shall not be sufficient to pay such debts and liabilities in full, then the ASSIGNEE shall pay from funds of the ESTATE such debts and liabilities, on a pro rata basis and in proportion to their priority as set forth in Section 727.114, Florida Statutes.

If all debts and liabilities are paid in full, any funds of the ESTATE remaining shall be returned to the ASSIGNOR.

To accomplish the purposes of the Assignment, the ASSIGNOR hereby appoints the ASSIGNEE its true and lawful attorney, irrevocable, with full power and authority to do all acts and things which may be necessary to execute the Assignment hereby created; to demand and recover from all persons all assets of the ESTATE; to sue for the recovery of such assets; to execute, acknowledge, and deliver all necessary deeds, instruments, and conveyances; and to appoint one or more attorneys under him to assist the ASSIGNEE in carrying out his duties hereunder.

The ASSIGNOR hereby authorizes the ASSIGNEE to sign the name of the ASSIGNOR to any check, draft, promissory note, or other instrument in writing which is payable to the order of the ASSIGNOR, or to sign the name of the ASSIGNOR to any instrument in writing, whenever it shall be necessary to do so, to carry out the purpose of the Assignment.

2

The ASSIGNEE hereby accepts the trust created by the Assignment, and agrees with the

ASSIGNOR that the ASSIGNEE will faithfully and without delay carry out his duties under the

Assignment.

**ASSIGNOR:** Liberty Power Corp., LLC

Signature: _____

David Hernandez

Its: Manager

**WITNESSES:**

Signature: _____

Print Name: Marlene Hernandez

Signature: _____

Print Name: Nicole Garcia

STATE OF FLORIDA ⟩

COUNTY OF Palm Beach ⟩ ss.

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐
online notarization, on May 13, 2021, by David Hernandez (name of person making
statement), the Manager of Liberty Power Corp., LLC, and who:

☑ is personally known to me;

☐ produced a current driver's license as identification; or

☐ produced _____ as identification.

STEFANIE ERIN MENDEZ
Notary Public-State of Florida
Commission # GG 323721
My Commission Expires
April 15, 2023

_____
Signature of Notary

Stefanie Mendez
Printed Name of Notary
My Commission Expires: April 15, 2023

3

**ASSIGNEE: Philip J. Von Kahle**

Signature: _____

Philip J. Von Kahle

**WITNESSES:**

Signature: _____

Print Name: Mickaelle Salbo

Signature: _____

Print Name: Tara Weber

STATE OF FLORIDA )
) ss.
COUNTY OF BROWARD )

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, on May 11th, 2021, by Philip J. Von Kahle, and who:

☑ is personally known to me;

☐ produced a current driver's license as identification; or

☐ produced _____ as identification.

_____
Signature of Notary

NADIRA JOSEPH
Printed Name of Notary
My Commission Expires: 12/11/21

NADIRA B. JOSEPH
MY COMMISSION EXPIRES
DECEMBER 11, 2021
#GG 162364
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

4

**VERIFICATION OF ASSIGNMENT AND SCHEDULES BY ASSIGNOR**

The undersigned, David Hernandez, in his capacity as Manager of Liberty Power Corp., LLC,

hereinafter "ASSIGNOR", hereby verifies the assignment (the "Assignment") of all of its rights, title and

interest in and to all of its assets, as indicated on the attached Schedules to that Assignment as filed with

this Court on May _13_, 2021, and further verifies each of the facts set forth in the Schedules annexed to

the Assignment to the best of my knowledge and belief.

Liberty Power Corp., LLC, ASSIGNOR

By: _____

David Hernandez

Its: <u>Manager</u>

STATE OF FLORIDA )
                               ) ss.
COUNTY OF _Palm Beach_ )

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online
notarization, on May _13_, 2020, by David Hernandez (name of person making statement), Manager of
Liberty Power Corp., LLC, and who:

☑      is personally known to me;
☐      produced a current driver's license as identification; or
☐      produced _____ as identification.

_____
Signature of Notary

_Stefanie Mendez_
Printed Name of Notary
My Commission Expires: _April 15, 2023_

STEFANIE ERIN MENDEZ
Notary Public-State of Florida
Commission # GG 323721
My Commission Expires
April 15, 2023

## ACCEPTANCE BY ASSIGNEE

The undersigned, Philip J. Von Kahle, as Assignee herein, duly acknowledges that the ASSIGNEE accepts delivery of the Assignment and that he will duly perform the duties imposed upon the ASSIGNEE pursuant to chapter 727, Florida Statutes.

By: _____

Philip J. Von Kahle, Assignee

STATE OF FLORIDA )
                                    ) ss.
COUNTY OF BROWARD )

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, on May 14, 2021, by Philip J. Von Kahle, and who:

☑ is personally known to me;
☐ produced a current driver's license as identification; or
☐ produced _____ as identification.

Signature of Notary

NADIRA JOSEPH
Printed Name of Notary
My Commission Expires: 12/11/21

NADIRA B. JOSEPH
MY COMMISSION EXPIRES
DECEMBER 11, 2021
#GG 162364
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

## SCHEDULE A - CREDITOR LIST

**I.    SECURED CREDITORS:**

<u>NAME AND ADDRESS</u>                <u>AMOUNT</u>            <u>COLLATERAL</u>        <u>DISPUTED</u>

NONE

**II.   WAGES OWED:**

SEE EXHIBIT "A"            $474,234.60

<u>NAME AND ADDRESS</u>        <u>AMOUNT</u>      <u>COLLATERAL</u>          <u>DISPUTED</u>


**III.  CONSUMER DEPOSITS:**

NONE

**IV.   LIST OF ALL TAXES OWED:**

NONE

**V.    UNSECURED CLAIMS OWED:**

SEE EXHIBIT "B"            $8,234,096.04

**VI.   LEASES:**


**VII.  OWNERS OR SHAREHOLDERS:**

<u>NAME AND ADRESS</u>                                <u>PERCENT OF OWNERSHIP</u>

| David Hernandez | 18520 Long Lake Dr., Boca Raton, FL 33496 | 54% |
| Alberto Daire | 511 Oriole Avenue, Miami Springs, FL 33166 | 30% |
| Eliezer Hernandez | 1408 Arabian Rd E, Lake Clarke Shores, FL 33406 | 16% |

**VIII.  LIST ALL PENDING LITIGATION AND OPPOSING COUNSEL OF RECORDS:**

<u>STYLE</u>                  <u>PARTIES</u>          <u>OPPOSING COUNSEL OF RECORD</u>

BLT Steak, LLC and BLT Fish, LLC v. Liberty Power Corp, LLC et al.
Samuel Katz v. Liberty Power Corp., LLC et al
Andrew Perrong v. Liberty Power Corp., LLC
Jeneshia Washington-Hughes v. Liberty Power Corp LLC
NYC Tax Matter

## SCHEDULE B - LIST OF ASSETS

List each category of assets and for each give approximate value obtainable for the assets on the date of the Assignment, and address where assets are located.

**DESCRIPTION**                                       **LIQUIDATION VALUE AT DATE**
                                                              **OF ASSIGNMENT**


**I.     NONEXEMPT PROPERTY:**

1.      Corporate Headquarters      2100 W. Cypress Creek Rd., Suite 120, Fort Lauderdale, FL 33309


2.      FURNITURE/FIXTURES:

        SEE EXHIBIT "C"                          $2,799,259.00

3.      CASH AND BANK ACCOUNTS:

        JP Morgan Chase      Dallas, TX          $210,000.00

4.      INVENTORY:


5.      ACCOUNTS RECEIVABLE

        Liberty Power Holdings                   Unknown

6.      EQUIPMENT

        SEE EXHIBIT "C"

7.      PREPAID EXPENSES, including deposits, insurance, rents, utilities

        Deposits                                 $79,588.00

8.      OTHER, including loans to third parties, claims, chooses in action.

        100% equity in Liberty Power Super Holdings, LLC        Unknown

**II.   EXEMPT PROPERTY:**

        NONE

# EXHIBIT "A"
# WAGES

| **Name** | **Address** | **City, State & Zip** |
|---|---|---|
| Jose Albarran | 6209 Nw 78th Mnr | Parkland, FL 33067 |
| Christine L. Baker | 5851 Holmberg Rd Apt 1414 | Parkland, FL 33067 |
| Monique N. Barrant | 3349 Blue Runner Ln | Margate , FL 33063 |
| David A. Blake | 4936 SW 166th Ave | Miramar, FL 33027 |
| Maria A. Bolivar | 19201 NW 89 AVE | Hialeah, FL 33018 |
| Carmela J. Owens | 14186 Aldford Dr | Winter Garden, FL 34787 |
| Randy D. Coots | 5280 Nw 55th Blvd Apt 202 | Coconut Creek, FL 33073 |
| Alberto Daire | 511 Oriole Ave | Miami Springs, FL 33166 |
| Kimberly A. Deese | 11922 SW 7th Ct | Davie, FL 33325 |
| Richard E. Deigsler | 2717 W 390 N | Hurricane, UT 84737 |
| Gary C. Donaldson | 5117 Little Beth Dr. N | Boynton Beach, FL 33472 |
| Chase Coren | 17292 Boca Club Blvd Unit #1304 | Boca Raton, FL 33487 |
| Julio P. Martinez Prieto | 9730 W McNab Rd. | Tamarac, FL 33321-3343 |
| Brian Hannan | 2085 SW 29th Ave | Fort Lauderdale, FL 33312 |
| Shane McDonald | 221 36th St NE | Bradenton, FL 34208 |
| Jesus Vasquez | 6627 Winfield Blvd, Apt 106 | Margate, FL 33063 |
| Andrew Fisk | 239 SW 122nd Ave | Pembroke Pines, FL 33025 |
| Rosalie Williams | 1900 SW 81st Ave, Apt 105 | North Lauderdale, FL 33068 |
| Sherilyn Pike Mayer | 7106 NW 38th Street | Coral Springs, FL 33065 |
| Ravi C. Akkaladevi | 2217 Cypress Island Drive Apt. #607 | Pompano Beach, FL 33069 |
| Stephen Gibelli | 115 Porgee Rock Place | Jupiter, FL 33458 |
| Agata Studzinska | 9481 NW 18th Drive | Plantation , FL 33322 |
| Tracey A. Stesner | 21 Phylis Road | Freehold, NJ 07728 |
| Sunil Bozan | 9725 W McNab Road | Tamarac, FL 33321 |
| Michael Gruber | 5037 NW 3rd Terrace | Boca Raton, FL 33431 |
| Oscar M. Bravo | 1200 Saint Charles Place Apt. 105 | Pembroke Pines, FL 33026 |
| Robert Porras | 4223 Hanover Way | Round Rock, TX 78681 |
| Cedrick F. Massey | 3520 NW 32 Court | Lauderdale Lakes, FL 33309 |
| Victoria M. Dusch | 2000 N Bayshore Dr Apt 1502 | Miami, FL 33137 |
| Eileen F. Gomez | 9872 NW 15th St #185 | Pembroke Pines, FL 33024 |
| Gustavo A. Sanchez | 18785 NW 24th CT | Pembroke Pines, FL 33029 |
| Leslie B. Freedman | 9095 SW 21st Ct Apt A | Boca Raton, FL 33428 |
| Ariel Hernandez | 1401 Carandis Cir | Lake Clarke Shores, FL 33406 |
| David Hernandez | 18520 Long Lake Dr | Boca Raton, FL 33496 |
| Eliezer Hernandez | 1408 Arabian Rd E | Lake Clarke Shores, FL 33406 |
| Eliezer Hernandez | 260 Forest Hill Blvd | West Palm Beach, FL 33405 |
| Maikel Hernandez | 612 Ashwell CT | Debary, FL 32713 |
| Rajiv Kakar | 111 Briny Ave., Apt 708 | Pompano Beach, FL 33062 |
| Frank T. Locascio | 21777 Banyanwood Road | Boca Raton, FL 33433 |
| Ronald A. Madaffari | 8788 NW 18 Court | Coral Springs, FL 33071 |
| Albert C. Martinez | 1259 SW 46th Ave 1902 | Pompano Beach, FL 33069 |
| Evandro D. Moretti | 3015 N Ocean Blvd Apt 11D | Fort Lauderdale, FL 33308 |
| Marvin E. Navarro | 1960 SW 73rd Ave | Plantation, FL 33317 |
| John C. Pang | 6335 Shadow Tree Ln | Lake Worth, FL 33463 |
| Nelson Reyneri | 10012 47th Avenue SW | Seattle, WA 98146 |
| Marc T. Stracke | 10389 Willow Oaks Trl | Boynton Beach, FL 33473 |
| Derik B. Viner | 7157 NW 68th Dr | Parkland, FL 33067 |
| Harry S. Beracha | 4541 NW 13th Ave | Pompano Beach, FL 33064 |
| Luciane F. Brown | 5833 NW 40th Ave | Coconut Creek, FL 33073 |

# EXHIBIT "A"
## WAGES

| | | |
|---|---|---|
| JoAnn Carlson | 6532 Katherine Rd | West Palm Beach, FL 33413 |
| Darling D. Isaac | 1460 NW 72nd Ave | Plantation, FL 33313 |
| Barbara L. Ferguson | 3411 NW 1st Ct | Lauderhill, FL 33311 |
| Eduardo Guevara | 1025 Francis St | West Palm Beach, FL 33405 |
| Jackie L. Harris | 118 Royal Park Dr., #1B | Oakland Park, FL 33309 |
| Julie D. Phillips - Lawrence | 1104 SW 49th Terrace | Margate, FL 33068 |
| Amy Leon | 7938 Stirling Bridge Blvd S | Delray Beach, FL 33446 |
| June V. Knowles | 250 NW 9th Ave | Dania Beach, FL 33004 |
| Crystal J. Morris | 508 Waterford Highlands Ct | Calera, AL 35040 |
| Kathleen P. Sypolt | 4117 Bougainvilla Drive, Apt 212 | Lauderdale by the Sea, FL 33308 |
| Stephanie M. Coots | 3125 NE 48th Ct., Apt 124 | Lighthouse Point, FL 33064 |
| Jessica Torres | 9122 NW 40th St | Coral Springs, FL 33065 |
| Jeremy Ennen | 7694 SW 5TH ST | NORTH LAUDERDALE, FL 33068 |
| Andres Huerta | 722 Nw 1st Ct | Hallandale, FL 33009 |
| Shantel Wallace | 5320 NW 11th Street Unit 110 | Plantation, FL 33313 |
| Travis King | 4201 Marina Way | Deerfield Beach, FL 33064 |
| Josue Toussaint | 5504 SW 9th Street | Margate, FL 33068 |
| Latoya Watson | 9901 Twin Lakes Dr | Coral Springs, FL 33071 |
| Kevin Gailing | 180 SE 9th Street | Pompano Beach, FL 33060 |
| Menelsa Amedee | 3407 Pear Tree Circle | Lauderhill, FL 33319 |
| Enrique Portocarrero | 13000 SW 95th Avenue | Miami, FL 33176 |
| Ananta Kamalu | 1164 SW 23rd Ave. | Boynton Beach, FL 33426 |
| Patricia Nadeau | 4884 N Hemingway Cir | Margate, FL 33063 |
| Sharief N. Pereira | 5925 NW 56th Ct | Tamarac, FL 33319 |
| Jason A. Mendoza | 13500 SW 10th Pl | Davie, FL 33325 |
| Lars Koewing | 4204 N. Dixie Highway Unit 3 | Oakland Park, FL 33334 |
| Jade N. Pratt | 7525 NW 99th Avenue | Tamarac, FL 33321 |
| Jacqueline Garcia-Culp | 7431 NW 21 STREET | SUNRISE, FL 33313 |
| Yvonne B. Riley | 3070 Green Turtle Place | Margate, FL 33063 |
| Miguel Perez | 11250 SW 5th st | Miami, FL 33174 |
| Edgart Y. Herrera | 8810 SW 150th PL CIR | Miami, FL 33196 |
| Renato Corrales | 713 NE 26th Ave | Fort Lauderdale, FL 33304 |
| Christopher M. Hill | 22810 N Sandalfoot Blvd | Boca Raton, FL 33428 |
| Marco Rinaldi | 10525 SW 52nd Street | Cooper City, FL 33328 |
| Scott Solomon | 1009 North Ocean Drive | Pompano Beach, FL 33062 |
| Steven Gomez | 7483 SW 162 Path | Miami, FL 33193 |
| Shermeka Jones | 11227 NW 15TH Court | Miami, FL 33167 |
| Marcos E. Peinemann | 3686 San Simeon Cir | Weston, FL 33331 |
| Wilberto Rios | 941 NW 74th Terr | Hollywood, FL 33024 |
| Lauren Schlanser | 698 NE 1st Ave Apt 3502 | Miami, FL 33132 |
| Matthew Fuller | 2354 Quail Roost Drive | Weston, FL 33327 |
| Karen A. Brooks-Fletcher | 7816 NW 84th Terrace | Tamarac, FL 33321 |
| Christopher A. Roberts | 1855 NW 99th Ave | Plantation , FL 33322 |
| Ivaylo Milenkov | 6323 La Costa Dr. Apt D | Boca Raton, FL 33433 |
| Robyn E. Espejo | 4404 SW Gossamer Circle | Palm City, FL 34990 |

# EXHIBIT "B"
## UNSECURED CREDITORS

| Vendor Name | Address | City, State & Zip | Amount Due |
|---|---|---|---|
| BPO2B | 65 RAVINA CRES | TORONTO, ON M3H3L9 | $ 398,967.90 |
| Hogan Lovells US LLP | 600 Brickell Avenue | Miami, FL 33131 | $ 158,431.65 |
| QUARLES & BRADY LLP | BIN 88895 | MILWAUKEE, WI 53288-0895 | $ 125,953.50 |
| Equifax Information Svcs LLC | P.O. Box 71221 | Charlotte, NC 28272-1221 | $ 115,809.53 |
| Qwest Broadband Services dba CenturyLink | PO Box 52187 | Phoenix, AZ 52187 | $ 64,308.48 |
| Greenberg Traurig, P.A. | 401 East Las Olas Blvd. Ste.2000 | Fort Lauderdale, FL 33301 | $ 53,087.20 |
| INFINIT-O GLOBAL, LIMITED | 2207 China Insurance Group | Hong Kong, Hong Kong | $ 46,284.87 |
| Postal Center International, Inc. (PCI) | PO BOX 31792 | Tampa, FL 33631-3792 | $ 43,122.90 |
| Genesys Telecommunications Laboratories, Inc. | P.O. Box 201005 | Dallas, TX 75320-1005 | $ 37,159.26 |
| FLEXENTIAL SOUTH FLORIDA CORP. | P O BOX 530619 | ATLANTA, GA 30353-0619 | $ 32,325.00 |
| KForce Inc | PO Box 277997 | Atlanta, GA 30384-7997 | $ 29,440.00 |
| R2 Unified Technologies LLC | 980 N. Federal Highway | Boca Raton, FL 33432 | $ 25,470.00 |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | 701 Pennsylvania Ave NW, Ste 900 | Washington, DC 20004-0000 | $ 23,704.65 |
| UKG Inc | 2000 Ultimate Way | Weston, FL 33326 | $ 16,560.00 |
| Jackson Walker L.L.P. | P.O. Box 130989 | Dallas, TX 75313-0989 | $ 13,747.50 |
| Kaufman Rossin & Company | 2699 S Bayshore Drive | Miami, FL 33133 | $ 13,125.00 |
| Peregrine Solutions LLC | 7938 Sterling Bridge Blvd S | Delray Beach, FL 33446 | $ 13,111.36 |
| Nebuware Solutions Inc. | 9239 Chambers St | Tamarac, FL 33321 | $ 11,593.20 |
| Energy GPS LLC | 2512 SE 25th | Portland, OR 97202 | $ 11,000.00 |
| GridPoint, Inc. | 11911 Freedom Drive | Reston, VA 20190 | $ 9,915.43 |
| Ellison, Schneider Harris & Donlan LLP | 2600 Capitol Ave Ste 400 | Sacramento, CA 95816 | $ 8,946.00 |
| Converge IoT, Inc. | 7551 Wiles Road | Coral Springs, FL 33067 | $ 8,827.50 |
| Levine Kellogg Lehman Schneider + Grossman LLP | 201 S. Biscayne Blvd | Miami, FL 33131 | $ 8,390.94 |
| Constangy, Brooks & Smith, LLP | P.O. Box 102476 | Atlanta, GA 30368-0476 | $ 7,656.88 |
| SoftwareONE, Inc. | DEPT CH 10768 | Palatine, IL 60055-0768 | $ 6,977.96 |
| Verizon Wireless | PO Box 182727 | Columbus, OH 43218 | $ 6,794.59 |
| Baker & Hostetler, LLP | PO Box 70189 | Cleveland, OH 44190-0189 | $ 4,737.43 |
| Scorebuddy (Sentient Soutions Limited) | Guiness Enterprise Centre | Dublin, Ireland | $ 4,673.58 |
| SW Consulting and IT Services Corp | 6732 N Amenia Ave | Tampa, FL 33604 | $ 4,644.00 |
| ICE Data, L.P. | P.O. Box 935278 | Atlanta, GA 31193-5278 | $ 3,550.00 |
| Cortina, Tagle, Isoard Y Cia | | , | $ 3,016.00 |
| Altoros System | 4900 Hopyard RD , Ste 100 | Pleasanton, CA 94588-0000 | $ 2,300.00 |
| Stroz Friedberg, LLC | PO Box 975348 | Dallas, TX 75397-5348 | $ 2,143.80 |
| Palisade Company LLC | 130 East Seneca Street | Ithaca, NY 14850 | $ 2,076.00 |
| Specops Software USA Inc | 1500 Walnut Street | Philadelphia, PA 19102 | $ 1,963.08 |
| De Lage Landen Financial Services | 1111 Old Eagle School Road | Wayne, PA 19087 | $ 1,956.33 |
| Bekins South Florida | 5300 N Powerline Road, Ste 100 | Ft.Lauderdale, FL 33309-0000 | $ 1,832.29 |

## EXHIBIT "B"
## UNSECURED CREDITORS

| Vendor Name | Address | City, State & Zip | Amount Due |
|---|---|---|---|
| Brouse McDowell, A Legal Professional Association | P.O Box 75579 | Cleveland, OH 44101-4755 | $ 1,646.00 |
| Vorys, Sater, Seymour and Pease LLP | P.O. Box 73487 | Cleveland, OH 44193 | $ 1,640.00 |
| Compuquip Technologies | PO BOX 30561 | Tampa, FL 33630-3561 | $ 1,633.33 |
| Iron Mountain | PO Box 27128 | New York, NY 10087-7128 | $ 1,621.13 |
| LexisNexis, a division of Reed Elsevier Inc. | P.O. BOX 733106 | Dallas, TX 75373-3106 | $ 1,577.02 |
| Corporate Creations | 801 US Highway 1 | North Palm Beach, FL 33408-0000 | $ 1,529.81 |
| Federal Express | P.O. Box 94515 | Palatine, IL 60094-4515 | $ 1,495.65 |
| Quest Software, Inc. | P.O. Box 731381 | Dallas, TX 75373-1381 | $ 1,365.00 |
| Law Offices of Gerard T. Fox | 180 N Stetson, Suite 3500 | Chicago, IL 60601 | $ 1,260.00 |
| Bevan, Mosca, Giuditta, P.C. | 222 Mount Airy Rd Suite 200 | Basking Ridge, NJ 07920 | $ 1,234.70 |
| Davis, Malm & D'Agostine, P.C. | One Boston Place | Boston, MA 02108 | $ 1,104.00 |
| Customized Energy Solutions Ltd. | 1528 Walnut Street, 22nd Floor | Philadelphia, PA 19102 | $ 1,018.33 |
| Suncoast Marketing Inc. | 6545 Nova Drive | Fort Lauderdale, FL 33317 | $ 949.42 |
| Pullman & Comley | 850 Main Street | Bridgeport, CT 06601-7006 | $ 620.00 |
| eFax Corporate | P.O. Box 51873 | Los Angeles, CA 90051-6173 | $ 592.68 |
| Paradise Plants Inc. | 1569 Passion Vine Circle | Weston, FL 33326 | $ 395.90 |
| Michelle Castillo | 1045 Sunflower Circle | Weston, FL 33327-0000 | $ 390.63 |
| Uptrending Growth Services Inc | | , | $ 306.00 |
| Ocenture | 6440 Southpoint Pkwy. Suite 300 | Jacksonville, FL 32216 | $ 263.06 |
| Career Track | PO Box 219468 | Kansas City, MO 64121-9468 | $ 199.00 |
| US Post Office | 3324 NE 34th ST | Ft.Lauderdale, FL 33308 | $ 180.73 |
| Office Depot | PO Box 633211 | Cincinnati, OH 45263-3211 | $ 116.82 |
| Zoho Corporation | | , | $ 114.11 |
| Aramark Refreshment Services | P.O. Box 21971 | New York, NY 10087-1971 | $ 89.88 |
| VoiceLog LLC | 7411 John Smith Dr. #510 | San Antonio, TX 78229 | $ 4.33 |
| Talent Wise dba Sterling Talent Solutions | PO Box 102255 | Passadena, CA 91189-2255 | $ 1.93 |
| CreditRiskMonitor.com, Inc. | 704 Executive Blvd. Ste. A | Valley Cottage, NY 10989 | |
| Postalogic LLC | 2077 N. Powerline Road, Suite 2 | Pompano Beach, FL 33069 | |
| CELLARSTONE, INC | 80 Cabrillo Hwy | Half Moon Bay, CA 94019 | |
| FIS Energy Systems, Inc | P.O Box 4535 | Carol Stream, IL 60197-4535 | |
| Topping Kessler & Company | 4020 Sheridan St., Suite C | Hollywood, FL 33021 | |
| Regus Corporation | P.O. Box 842456 | Dallas, TX 75284-2456 | |
| Brunswick Companies | 5309 Transportation Blvd | Cleveland, OH 44125 | |
| Harris Rosen | 2917 S Ocean Blvd. | Highland Beach, FL | |
| ABB Enterprise Software Inc. | 25499 Network Place | Chicago, IL 60673-1254 | |
| D&B | P.O. Box 75434 | Chicago, IL 60675-5434 | |
| Service Express, Inc | 3854 Broadmoor Ave SE | Grand Rapids, MI 49512 | |

# EXHIBIT "B"
## UNSECURED CREDITORS

| Vendor Name | Address | City, State & Zip | Amount Due |
|---|---|---|---|
| T-Mobile USA Inc. | P.O. BOX 742596 | CINCINNATI, OH 45274-2596 | |
| Bloomberg LP | P.O. Box 416604 | Boston, MA 02241-6604 | |
| JOHNSON & JOHNSON PREFERRED FINANCE, INC | P O BOX 162667 | ATLANTA, GA 30321 | |
| Solutions By Text, LLC | 5001 Spring Valley Road | Dallas, TX 75244 | |
| Chubb & Son, Inc. | PO Box 382001 | Pittsburgh, PA 15250-8001 | |
| Michael Allen Karp dba University City Housing Company | 2100 W Cypress Creek Road | Fort Lauderdale, FL 33309 | |
| Nitrety, Inc. | PO Box 208381 | Dallas, TX 75320-8381 | |
| Level 3 Communications LLC (same as Qwest Broadband) | 1025 Eldorado Blvd. | Broomfield, CO 80021-0000 | |
| DocuSign, Inc. | P.O. Box 735445 | Dallas, TX 75373-5445 | |
| Greene Hurlocker, PLC | 4908 Monument Avenue, Ste 200 | Richmond, VA 23230-0000 | |
| Microsoft Corporation | 1950 N Stemmons Fwy | Dallas, TX 75207 | |
| Eckert Seamans Cherin & Mellott, LLC | PO Box 643187 | Pittsburgh, PA 15264-3187 | $ 201,616.06 |
| Robinson & Cole LLP | 280 Trumbull St | Hartford, CT 06103-3597 | $ 92,721.79 |
| Sidley Austin LLP | One S. Dearborn St. | Chicago, IL 60603 | $ 47,398.95 |
| Akerman, LLP | P.O. Box 4906 | Orlando, FL 32802 | $ 7,743.00 |
| JP Morgan Chase | 21591 Network Place | Chicago, IL 60673-1215 | $ 6,076.60 |
| Retail Energy Supply Association | P. O. Box 6089 | Harrisburg, PA 17112 | $ 2,533.34 |
| BDO USA, LLP | PNC Bank Firstside Center | Pittsburgh, PA 15219 | |
| All American Marketing | | | $ 38,896.00 |
| LP Solutions | | | $ 77,680.00 |
| Capital Lease Obligations | | | $ 46,395.00 |
| Capital Lease Obligations | | | $ 68,082.00 |
| David Hernandez | 18520 Long Lake Dr | Boca Raton, FL 33496 | $ 4,410,000.00 |
| Alberto Daire | 511Oriole Ave | Miami Springs, FL 33166 | $ 1,890,000.00 |
| | | | $ 8,234,096.04 |



EXHIBIT
C

| Asset Class ID | Asset Description |
| --- | --- |
| HARDWARE | Dell Business Credit |
| HARDWARE | SoftwareONE Inc. |
| HARDWARE | Compuquip Technologies |
| HARDWARE | Presidio Networked Solutions Inc. |
| HARDWARE | Presidio Networked Solutions Inc. |
| HARDWARE | SoftwareONE Inc. |
| HARDWARE | Dell Business Credit |
| HARDWARE | Dell Business Credit |
| HARDWARE | Presidio Technology Capital |
| HARDWARE | Dell Business Credit |
| HARDWARE | Service Express Inc |
| HARDWARE | Service Express Inc |
| HARDWARE | Dell Business Credit |
| HARDWARE | Dell Business Credit |
| HARDWARE | American Express |
| HARDWARE | American Express |
| HARDWARE | De Lage Landen Financial Services |
| HARDWARE | Dell Business Credit |
| HARDWARE | Check Point 1180 NGTP Appliances |
| HARDWARE | Dell Equalogic PS6210X |
| HARDWARE | Dell Latitude E6440 CTO & e-Port Plus Ad |
| HARDWARE | SQL Monitor |
| HARDWARE | Computer Equipent |
| HARDWARE | Dell Latitude E6540 CTO |
| HARDWARE | Dell Latitude E7450/7450 |
| HARDWARE | New routers for voice traffic |
| HARDWARE | Dell PC PowerEdge R320 |
| HARDWARE | Dell - Precision R 7910 PC |
| HARDWARE | Latitude E6440 CTO |
| HARDWARE | Latitude E6540 8GB 1600MHZ DDR3L |
| HARDWARE | Computer hardware |
| HARDWARE | Redgate Software 2 Extra Serves for SQL |
| HARDWARE | E-PRT Plus   APR  130W USB3.0 Lat |
| HARDWARE | Dell Latitude E7470 CTO |
| HARDWARE | Dell Latitude E7470 CTO |
| HARDWARE | Storage Refresh Project |
| HARDWARE | PowerEdge R630 Sever (Dell Business) |
| HARDWARE | Nexus 5500 Unified Ports Moodule 16p |
| HARDWARE | Check Point 1180 NGTP Appliances |
| HARDWARE | Cisco SFP(Mini-GBIC) Module-1x1000Base |
| HARDWARE | R2 Unified Technologies LLC (WiFi Router |

| | |
|---|---|
| HARDWARE | R2 Unified Technologies LLC (WiFi Router |
| HARDWARE | R2 Unified Technologies LLC (WiFi Router |
| HARDWARE | R2 Unified Technologies LLC (WiFi Router |
| HARDWARE | Check Point 16GB (Replace) for Sma |
| HARDWARE | Dell Sever Storage Device |
| HARDWARE | Dell Sever Storage Device |
| HARDWARE | R2 United Technologies Fiber Optic Cable |
| HARDWARE | Dell Latitude 7480 7th Generation Intel |
| HARDWARE | Compuquip Technologies- Checkpoint RAM u |
| HARDWARE | Checkpoint- Next Generation Firewall |
| HARDWARE | CISCO CATALYST 9Ks and 2Ks |
| HARDWARE | Dell EMC additional Data Domain Shelf |
| HARDWARE | R2-UNIFIED TECHNOLOGIES - EMC UNITY 400F |
| HARDWARE | Laptops |
| HARDWARE | Dell Marketing L.P. - Dell Lattitude 749 |
| FURNITURE | Mr. Office Furniture-72'x30 Table desk |
| FURNITURE | Office Furniture4Sale.com |
| FURNITURE | Office Furniture4Less - 2 desks and + 1 |
| HARDWARE | Cisco SFT Transceiver |
| HARDWARE | PowerEdge FC640 Server |
| OFFICE EQUIP | T-Mobile Cell Phones |
| HARDWARE | 2XDELLEMC DD2500 ES30 Shelf-45TB RAW/36T |

Proprietary Software Systems Inventory

| **Primary System** | **SubSystem** |
|---|---|
| Data Warehouse | Data Cubes |
| Data Warehouse | Data Warehouse |
| Enrollment | Account Details |
| Enrollment | Deal Screening/Enrollment |
| Enrollment | Document Management |
| Enrollment | Enrollment |
| Enrollment | Enrollment Validation Queues |
| Enrollment | Enrollment/Pricing |
| Enrollment | Online Enrollment |
| Enrollment | Request Services |
| Enrollment | Natural Gas |
| Enterprise | Customer |
| Enterprise | Enterprise Applications |
| Enterprise | Infrastructure |
| Enterprise | iSupport |
| Enterprise | Network Firewall & Security |
| Enterprise | Reports |
| Enterprise | Team Foundation Server |
| Finance | Commissions |
| Finance | Credit/Collections/Commissions |
| Finance | Margin Forecasting |
| Market Data | Billing Information Services |
| Market Data | Market Data |
| Market Data | Parsers |
| Market Data | Utility Management |
| Microsoft Dynamics | Custom Pricing |
| Microsoft Dynamics | Microsoft Dynamics |
| Oracle | Oracle Hyperion |
| Oracle | Oracle |
| Pricing | Custom Pricing |
| Pricing | New Products/Controls |
| Pricing | Pricing |
| Pricing | Rollover Products |
| Sales | Liberty PowerPad |
| Sales | Liberty PowerPad/ Deal Entry/ MS Dynamics |
| Sales | Liberty PowerPad/Enrollment |
| Sales | Liberty PowerPad/Sales Portal |
| Wholesale Operations | Load Foecasting Services |
| Wholesale Operations | Retail Operations |
| Wholesale Operations | Sales Margin Under Contract (SMUC) Controls |
| Other | Other |

**Liberty Power Corp., LLC**
**Surety Bonds**
**As of 2/29/2020**

| RENEWAL PERIOD | BOND # | PRINCIPAL NAME | OBLIGEE | BOND TYPE | BOND LIMIT | SURETY |
|---|---|---|---|---|---|---|
| 4/16/20-4/16/21 | 1002748 | Liberty Power Corp LLC | FL Telemarketing | License/Permit | 50,000 | Hanover Ins Co |

Domains

**NameCheap**

commercialelectricrates.net
libertypower.net
libertypowerbill.com
libertypowerbillpay.com
libertypoweronline.com
libertypowerreviews.com
lpcgiftcardportal.com
newyorkelectricity.net
paguelpc.com
paylibertypower.com
paylpc.com
residentialelectricity.net
residentialelectricrates.net
retailelectricity.net
txelectricity.net
whylibertypower.com

**Godaddy**

lpcenrollment.com
tuenergia.biz
tuenergia.co
tuenergia.info
tu-energia.com
libertypowerpa.com
libpow.com
tuenergia.net
mipoder.co
mipoder.biz
mipoder.us
mipoder.net
mipoder.org
libertypowercorpil.com
libertypoweril.com
libertypowercorp.com

lpcenrollment.com
tuenergia.biz
tuenergia.co
tuenergia.info
tu-energia.com
libertypowerpa.com
libpow.com
tuenergia.net
mipoder.co
mipoder.biz
mipoder.us
mipoder.net
mipoder.org
libertypowercorpil.com
libertypoweril.com
libertypowercorp.com

## Trademarks

| Mark Name | Image | Country | Status | Filed Date | Application No. | Reg. Date | Registration No. | Owner | Services | Upcoming Filing | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBERTY POWER | | USA | Registered | 9/12/2011 | 85/420,251 | 5/15/2012 | 4,142,050 | Liberty Power Corp., L.L.C. | 35: Energy management services, namely, providing a service that allows customers to purchase energy, namely, electricity | RENEW AL DEADLINE - Renewal | 5/15/2022 |
| LIBERTY POWER POWERFUL TOGETHER (stylized/design) | | USA | Registered | 12/21/2012 | 85/809,320 | 8/6/2013 | 4,379,825 | Liberty Power Corp., L.L.C. | 35: Retail electricity provider services that allow customers to purchase electricity, energy management services, namely, providing a service that allows customers to purchase electricity; providing retail services in the field of electricity supply, namely, retail energy provider services that allow customers to purchase electricity as part of a competitive retail energy market. | Renewal Due | 8/6/2023 |
| LIBERTY POWERPAD | | USA | Registered | 6/5/2012 | 85/643,592 | 1/15/2013 | 4,275,647 | Liberty Power Corp., L.L.C. | 9: Computer software for enrollment and registration of customers in the field of electric energy service. | Renewal Due | 1/15/2023 |
| LIBERTYPOWER | | USA | Registered | 7/27/2007 | 77/240,478 | 3/24/2009 | 3,593,731 | Liberty Power Corp., L.L.C. | 35: Energy management services, namely, providing a service that allows customers to purchase energy, namely, electricity | RENEW AL DEADLINE - Renewal | 3/24/2029 |

**Liberty Power Corp., LLC**
**Licenses Owned**
**As of 3-24-2020**

| State | Issuer | Entity | License |
|-------|--------|--------|---------|
| NATIONAL | FERC | Liberty Power Corp | C004453 |
| FL | Dept Agriculture | Liberty Power Corp | Telemarketing Registration |

## Resolution of Board of Managers
### of
### Liberty Power Corp., LLC

Whereas, it is in the best interest of Liberty Power Corp., LLC ("LPC") to execute and deliver an Assignment for the Benefit of Creditors pursuant to Florida Statutes Section 727;

Be It Therefore Resolved, that David Hernandez, member and manager of LPC, is authorized and directed to execute and deliver all documents necessary to commence an Assignment for the Benefit of Creditors on behalf of LPC (the "ABC"); and

Be It Therefore Resolved, that David Hernandez, member and manager of LPC, is authorized and directed to execute the ABC of LPC and to thereby grant, assign, convey, transfer, and set over, unto the ASSIGNEE, Philip J. Von Kahle, and his successors and assigns, all of LPC's assets, including, but not limited to, all real property, fixtures, goods, stock, inventory, equipment, furniture, furnishings, accounts receivable, bank deposits, cash, promissory notes, cash value and proceeds of insurance policies, claims and demands belonging to LPC, and all books, records, and electronic data pertaining to all such assets, wherever such assets may be located; and

Be It Further Resolved, that David Hernandez, member and manager of LPC, is authorized and directed to appear in such proceedings on behalf of LPC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of LPC in connection with such case, and

Be It Further Resolved, that David Hernandez, member and manager of LPC, is authorized and directed to employ the law firm of Meland Budwick, P.A., to represent LPC in its ABC case.

Date _____5/13/21_____          Signed _____
                                       David Hernandez, Member

Date _____5/13/21_____          Signed _____
                                       Eliezer Hernandez, Member

# STATEMENT REGARDING AUTHORITY TO SIGN AND DELIVER
# AN ASSIGNMENT FOR THE BENEFIT OF CREDITORS

We, David Hernandez and Eliezer Hernandez, declare under penalty of perjury that we are members of Liberty Power Corp., LLC ("LPC"), and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said corporation at a special meeting duly called and held on the ___ day of May 2021.

Whereas, it is in the best interest of LPC to sign and deliver an Assignment for the Benefit of Creditors pursuant to Florida Statutes Section 727;

Be It Therefore Resolved, that David Hernandez, member and manager of LPC, is authorized and directed to execute and deliver all documents necessary to commence an Assignment for the Benefit of Creditors on behalf of LPC (the "ABC Proceeding"); and

Be It Therefore Resolved, that David Hernandez, member and manager of LPC, is authorized and directed to execute the Assignment of LPC and to thereby grant, assign, convey, transfer, and setover, unto the ASSIGNEE, Philip J. Von Kahle, all of LPC's assets including, but not limited to, all real property, fixtures, goods, stock, inventory, equipment, furniture, furnishings, accounts receivable, bank deposits, cash, promissory notes, cash value and proceeds of insurance policies, claims and demands belonging to LPC, and all books, records, and electronic data pertaining to all such assets, wherever such assets may be located; and

Be It Further Resolved, that David Hernandez, member and manager of LPC, is authorized and directed to appear in such ABC Proceeding on behalf of LPC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of LPC in connection with such ABC Proceeding; and

Be It Further Resolved, that David Hernandez, member and manager of LPC is authorized and directed to employ the law firm of Meland Budwick, P.A., to represent LPC in its ABC Proceeding.

Date  5/13/21                        Signed _____
                                          David Hernandez, Member

Date  5/13/21                        Signed _____
                                          Eliezer Hernandez, Member

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                          Case No. 21-13797-BKC-SMG

LIBERTY POWER HOLDINGS, LLC,          Chapter 11

       Debtor.

_____/

**<u>ORDER GRANTING ASSIGNEE'S MOTION FOR ADEQUATE PROTECTION</u>**

THIS MATER came before the Court for hearing on _____, upon Philip J. Von

Kahle as Assignee ("Assignee") for Liberty Power Corp., LLC ("LPC"), Motion for Adequate

Protection (ECF No. _____) (the "Motion"). The Court, having reviewed the Motion, heard the

argument of counsel, and based on the record, it is:

**ORDERED:**

    1.    The Motion is GRANTED.

2.     The Debtor is directed to provide Assignee access to LPC's and the Debtor's records.  The Debtor is further directed to allow the Assignee to have reasonable access to the Debtor's financial personnel to obtain historical and current expenses.

3.     Unless the parties can agree to an adequate protection amount otherwise, the Assignee is directed to provide the Court with a supplemental request stating the amount of adequate protection requested from the Petition Date to present, and the anticipated monthly amount going forward.

###

**Submitted by:**
Jeffrey P. Bast (FBN 996343)
Dana R. Quick (FBN 0074402)
**BAST AMRON LLP**
*Counsel for Philip J. von Kahle as Assignee*
*for Liberty Power Corp., LLC.*
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email: jbast@bastamron.com
Email: dquick@bastamron.com

*Attorney Quick is directed to serve a copy of this Order on all parties in interest, and to file a Certificate of Service of same.*