UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SAMUEL KATZ and LYNN RHODES,**
*individually, and on their own behalf and on behalf of all others similarly situated,*
      Plaintiffs

V.

**LIBERTY POWER CORP., LLC, and LIBERTY POWER HOLDINGS, LLC,**
      Defendants

AND

**LIBERTY POWER CORP., LLC,**
Counterclaim Plaintiff
v.
**SAMUEL KATZ,**
Counterclaim Defendant.

CIVIL ACTION

NO. **1:18-cv-10506-ADB**

### ORDER OF DISMISSAL

Burroughs, D. J.

    Pursuant to the court's Order [Doc. No. 399] adopting Magistrate Judge Donald L. Cabell's Report and Recommendation, [ECF No. 398 ], the plaintiffs' claims are dismissed without prejudice (and with their assent) and LP Corp's crossclaims against Katz and the defendants' third-party claims against Mezzi Marketing are dismissed for failure to prosecute. This case is CLOSED.

    IT IS SO ORDERED.

                                By the Court,

4/23/2024                                                    /s/ Caetlin McManus
    Date                                                            Deputy Clerk